UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

## ASSENTED TO MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 7.1(b)(3), Defendant Gamal Abdelaziz respectfully requests leave of Court to file a Reply, not to exceed six pages, in support of his Motion to Compel Production of *Brady* Material (Dkt. 648).  The proposed filing is attached hereto as Exhibit A.  The government has informed undersigned counsel that it consents to Mr. Abdelaziz filing a reply.

Dated: December 5, 2019

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com

Donald J. Campbell (*pro hac vice*)

CAMPBELL & WILLIAMS
700 S 7th Street
Las Vegas, NV 89101
702-382-5222
djc@cwlawlv.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for the government in an attempt to resolve or narrow the issues raised by this motion.  The government consents to this motion.

*/s/ Joshua C. Sharp*
Joshua C. Sharp