UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff,

  -against-                                Criminal No. 1:19-cr-10080-NMG

DAVID SIDOO, ET AL,

        Defendants.

------------------------------------------------------------x

## AGREED UPON ORDER OF CONFIDENTIALITY CONCERNING MATERIALS TO BE PRODUCED TO DEFENDANT ABDELAZIZ

    1.    Defendant Gamal Abdelaziz ("the Defendant") and non-party University of Southern California ("USC"), hereby agree that the information and material to be voluntarily produced by USC to the Defendant ("the Protected USC Material") shall be governed by this Agreed Upon Order ("Order"), subject to amendment by further agreement of the Defendant and USC or by Order of this Court or the District Court. Accordingly, the Defendant and USC agree as follows:

    2.    The Protected USC Material constitutes sensitive personal information or information that is trade secret and/or commercially sensitive and that would in the ordinary course be treated as confidential and not disclosed to any third party;

    3.    The Protected USC Material shall be used solely in connection with the preparation and litigation of the Defendant's legal defense in this case and shall not be copied, disseminated or in any way disclosed to anyone outside the Defense Team (as defined *infra*) except as expressly provided for in this Order;

*Treated as a stipulation and request to enter proposed order and request granted. (Counsel shall, in the future, refrain from referring to "this Court or the District Court" which are one and the same.*

/s/ NMGorton, USDJ  4/16/20

\\BOS - 061612/000047 - 1233283 v1