# EXHIBIT B

FD-302 (Rev. 5-8-10)                      - 1 of 1 -



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    10/01/2018

**DOCUMENT RESTRICTED TO CASE PARTICIPANTS**
This document contains information that is restricted to case participants.

   On September 29, 2018, writer established email account ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ as part of the consensual TIII collection for RICK SINGER's email accounts ▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓▓▓▓. During the establishment of this account, SINGER logged into each of his accounts and created a forwarding rule to have a copy of all email communication sent to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. SINGER understood that by creating this account, all of his email communications would be accessible by case agents.

   Present during the establishment of the ▓▓▓▓▓▓▓ account were FBI SA Kaitlyn Cedrone, IRS SA Elizabeth Keating, FBI FoA Nicholas Savona, and AUSAs Justin O'Connell and Eric Rosen. Also present during the creation of the email account was SINGER's attorney, Don Heller.

Investigation on   09/29/2018   at   Sacramento, California, United States (In Person)

File #   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                     Date drafted   10/01/2018

by   Smith Laura

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SINGER-VOL019-056739