# EXHIBIT C

FD-26 (Rev. 7-20-94)

# DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

### CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete
   search of:

   (Describe the person(s), place(s), or thing(s) to be searched.)



Iphone 7 plus
serial number ▮▮▮▮▮ HFYK
IMEI ▮▮▮▮▮▮▮ 808 8
▮▮▮ password

KC
10/05/2018

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

Oct 5 2018
_____
Date

_Rick Singer_
Signature

Witness        _Kaitlyn Cedrone_

This is to certify that on _____ at _____
Special Agents of the Federal Bureau of Investigation, U. S. Department of Justice, conducted a
search of _____ .
I certify that nothing was removed from my custody by Special Agents of the Federal Bureau of
Investigation, U. S. Department of Justice.

(Signed) _____

**Witnessed:**

_____
Special Agent
Federal Bureau of Investigation
U. S. Department of Justice

_____
Special Agent
Federal Bureau of Investigation
U. S. Department of Justice

SINGER-VOL016-005142

FD-597 (Rev. 4-13-2015)                                              Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: ██████████████████

On (date) 10/5/2018 _____     item (s) listed below were:
                                         ☐ Collected/Seized
                                         ☑ Received From
                                         ☐ Returned To
                                         ☐ Released To

(Name) Rick Singer _____

(Street Address) _____

(City) _____

Description of Item (s):   Iphone 7 plus
                           serial number ██████████ HFYK
                           IMEI ██████████ 808 8

                                    KC
                                  10/5/2018

Received By: _Kaitlyn Cedrone_          Received From: _Rick Sing_
               (Signature)                                (Signature)
Printed Name/Title: Kaitlyn Cedrone      Printed Name/Title: Rick Singer
                    Special Agent

SINGER-VOL016-005143

SINGER-VOL016-005144

FD-597 (Rev. 4-13-2015)

Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: █████████████████

On (date) ___10/5/2018___

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☑ Returned To
- ☐ Released To

(Name) Rick Singer

(Street Address) _____

(City) _____

Description of Item (s):   Iphone 7 plus
serial number  ███████████ HFYK
IMEI ████████████ 808 8

KC
10/5/2018

Received By: _[signature]_
(Signature)

Printed Name/Title: RICK SINGER

Received From: _Kaitlyn Cedrone_
(Signature)

Printed Name/Title: Kaitlyn Cedrone
Special Agent

SINGER-VOL016-005146