# EXHIBIT D

FD-26 (Rev. 7-20-94)

## DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

## CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

(Describe the person(s), place(s), or thing(s) to be searched.)

Black Nike National Championship backpack

10/23/2018
KC



2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

10/23/2018 – 10/26/2018 _____ _____
Date                                    Signature

Witness _____ _Kaitlyn Cedrone_____

SINGER-VOL016-005131

10/25 - 10/26/18  Residence Inn, Chelsea, MA
10/24/2018  Envision, Everett, MA

This is to certify that on 10/23/2018 at  Hampton Inn, Norwood, MA
Special Agents of the Federal Bureau of Investigation, U. S. Department of Justice, conducted a
search of  black nike national championship backpack .
I certify that nothing was removed from my custody by Special Agents of the Federal Bureau of
Investigation, U. S. Department of Justice.

(Signed) _____

**Witnessed:**

_____
Special Agent
Federal Bureau of Investigation
U. S. Department of Justice

_____
Special Agent
Federal Bureau of Investigation
U. S. Department of Justice

SINGER-VOL016-005132

GPO ★ U.S. GPO: 2016-395-373

FD-597 (Rev. 4-13-2015)                                                     Page _____1_____ of _____1_____

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
**Receipt for Property**

Case ID: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

On (date) _10/23/18 - 10/26/18_     item (s) listed below were:
                            _Fin_         ☐ Collected/Seized
                                          ☑ Received From
                                          ☐ Returned To
                                          ☐ Released To

(Name) _____

(Street Address) _____

(City) _____

Description of Item (s): _Iphone 7 plus_
_Serial ▓▓▓▓▓▓▓ HFYK_
_IMEI ▓▓▓▓▓▓▓ 8088_
_Mac laptop_
_Model #A1707 /serial ▓▓▓▓▓▓ HTD6_
_Black drawstring bag (NY Marathon)_
_Chargers_
_Wifi modem_
_apple watch_

_KC_
_10/23/18_

Received By: _Kaitlyn Cedrone_          Received From: _Fin_
                (Signature)                                  (Signature)

Kaitlyn Cedrone                            Fin

**SINGER-VOL016-005133**

GPO* U.S. GPO: 2016-395-373

FD-597 (Rev. 4-13-2015)                                                    Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ████████████████████████

On (date) 10/23/18 - 10/26/18          item (s) listed below were:
                              Jen        ☐ Collected/Seized
                                         ☐ Received From
                                         ☑ Returned To
                                         ☐ Released To

(Name) _____

(Street Address) _____

(City) _____

Description of Item (s):  Iphone 7 plus
                          Serial ████████████ HFYK
                          IMEI ████████████ 8088
                          Mac laptop
                          Model# A1707/serial ████████ HTD6
                          Black drawstring bag (NYMarathon)
                          Chargers
                          wifi modem
                          apple watch

                          KCC
                          10/23/18

Received By: _Jen_ (Signature)            Received From: _Kaitlyn Cedrone_ (Signature)

Printed Name/Title: Fin                   Printed Name/Title: Kaitlyn Cedrone

SINGER-VOL016-005134