# EXHIBIT F

FD-26 (Rev. 7-20-94)

## DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

### CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

   (Describe the person(s), place(s), or thing(s) to be searched.)

   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

   in order to access garage only to take LG Black cell phone out of center console of Black tesla suv

   KC
   10/31/18

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

10/31/2018
Date

Signature: [signed] Fin

Witness: Fin   Kaitlyn Cedrone

SINGER-VOL016-005139

This is to certify that on  10/31/18  at  authorized at 9:37 am
Special Agents of the Federal Bureau of Investigation, U. S. Department of Justice, conducted a search of ███████████████████████████████████████.
I certify that ~~nothing~~ was removed from my custody by Special Agents of the Federal Bureau of Investigation, U. S. Department of Justice.
only the LG Black cell phone

(Signed) _Jm_____

Witnessed:

_Kaitlyn Cedrone_____
Special Agent
Federal Bureau of Investigation
U. S. Department of Justice


_Laura Sturman_____
Special Agent
Federal Bureau of Investigation
U. S. Department of Justice

The search to remove the LG Black cell phone took place after authorization between 10/31/18 and 11/1/18.