# EXHIBIT G

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, ___Fin_____, have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

___iphone 7 plus serial # ▮▮▮▮▮ HFYK_____
CPU Make, Model & Serial Number (if available)

___IMEI ▮▮▮▮▮▮8088_____
Storage or Retrieval Media, Computer Peripherals

_____

_____

and located at ___Marriott Residence Inn Chelsea MA___, which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins,

and/or specific directions for computer entry are as follows: ___▮▮▮▮_____.

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

___11/1/2018_____                    _____Fin_____
Date                                    Signature

_____              _____
Date                                    Signature of Witness

                                       _____
                                       Printed Full Name of Witness

                                       _____
                                       Location

SINGER-VOL016-005188

This is to certify that on _November 1, 2018_ at _8:17am_

Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, conducted a complete search of any

and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

my iphone 7 plus

I certify that ~~nothing~~ was removed from my custody by those Agents.

(Signed) _Jun_

_Laura Smith_
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

Witnessed:

_Kaitlyn Cedrone_
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

SINGER-VOL016-005189

U.S. GPO: 2016-395-373

FD-597 (Rev. 4-13-2015)                                                          Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ███████████████████

On (date) __11|1|2018__

item (s) listed below were:
- ☐ Collected/Seized
- ☑ Received From
- ☐ Returned To
- ☐ Released To

(Name) __Fin__

(Street Address) __Marriott Residence Inn__

(City) __Chelsea, MA__

Description of Item (s): __iPhone 7 plus__
__Charger for phone__
__serial # ███████████ HFYK__
__IMEI ███████████ 8088__

*Nothing Further*
*Laura Smith*

Received By: __Laura Smith__ (Signature)

Received From: __Fin__ (Signature)

Printed Name/Title: __Laura ___ Smith__          __Fin__

SINGER-VOL016-005190

FD-597 (Rev. 4-13-2015)

Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property

Case ID: ████████████████

On (date) 11/1/2018

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☑ Returned To
- ☐ Released To

(Name) Fin

(Street Address) Marriott Residence Inn

(City) Chelsea, MA

Description of Item (s): iphone 7 plus
Charger for iphone
Serial # ███████████ HFYK
IMEI ███████████ 8088

Nothing Further
Laura Smith

Received By: _Fin_
(Signature)

Fin

Received From: _Laura Smith_
(Signature)

Printed Name/Title: Laura Smith

SINGER-VOL016-005191