# EXHIBIT J

## CONSENT AND ACKNOWLEDGEMENT

I, _Rick Singer_ hereby state that:

1. I consent to the interception and recording of any and all communications made by me over all telephones, cellular or otherwise, provided to or made available to me by law enforcement agents in connection with actions taken by me in connection with law enforcement agents. My consent extends to all communications over any such phone, whether or not that communication relates to a criminal investigation, to any and all messages left on any voicemail feature of any such phone, photographs taken using the phone, and text messaging. I further consent to the disclosure of any information or records regarding such communications to law enforcement agents.

2. I acknowledge that I have been instructed that any cellular telephones provided to me in the course of my activities are to be used <u>only by me</u>, and that I am not authorized to allow any other person to make, receive or participate in telephone calls involving those telephones as defined above in which I am not a participant.

Date: 12/20/2018

_[signature]_
Signature

Rick Singer
Printed Name

_[signature]_
Witness

_[signature]_
Witness/Interpreter

SINGER-VOL016-005198