# EXHIBIT K

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, __Fin_____, have been asked by Special Agents of the Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers, any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals, described below:

__Iphone 7+ serial# [REDACTED] HFYK__
CPU Make, Model & Serial Number (if available)

__IMEI [REDACTED] 8088__
Storage or Retrieval Media, Computer Peripherals

and located at _____, which I own, possess, control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins, and/or specific directions for computer entry are as follows: _____.

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which it is stored, and any associated data, hardware, software and computer peripherals.

01/03/2019
Date

*Fin*
Signature

01/03/2019
Date

*Kaitlyn Cedrone*
Signature of Witness

Kaitlyn Cedrone
Printed Full Name of Witness

Boston, MA
Location

SINGER-VOL016-005193

GPO U.S.GOVERNMENT PRINTING OFFICE: 2015-391-063

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

On (date) 01/03/2019

item(s) listed below were:
☐ Collected/Seized
☒ Received From
☐ Returned To
☐ Released To

(Name) Fin

(Street Address) _____

(City) _____

Description of Item(s): Iphone 7+
serial # ▇▇▇▇▇▇▇-HFYK
IMEI ▇▇▇▇▇▇▇ 8088

01/03/19
KC

Received By: Kaitlyn Cedrone (Signature)
Printed Name/Title: Kaitlyn Cedrone

Received From: Fin (Signature)
Printed Name/Title: Fin

G⫶O U.S. GOVERNMENT PRINTING OFFICE: 2015-391-063

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ▓▓▓▓▓▓▓▓▓▓▓▓

On (date): 01/03/2019

item(s) listed below were:
- [ ] Collected/Seized
- [ ] Received From
- [x] Returned To
- [ ] Released To

(Name) Fin

(Street Address) _____

(City) _____

Description of Item(s): Iphone 7+
serial # ▓▓▓▓▓▓▓HFYK
IMEI ▓▓▓▓▓▓▓8088

01/03/2019
KC

Received By: Fin (Signature)

Printed Name/Title: Fin

Received From: Kaitlyn Cedrone (Signature)

Printed Name/Title: Kaitlyn Cedrone

SINGER-VOL016-005195