# EXHIBIT L

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, __Fin_____, have been asked by Special Agents of the Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers, any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals, described below:

__Iphone 7+  imei [redacted] 8088_____
CPU Make, Model & Serial Number (if available)

__serial # [redacted] HFYK_____
Storage or Retrieval Media, Computer Peripherals

_____

and located at __Residence Inn, Chelsea, MA_____, which I own, possess, control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins, and/or specific directions for computer entry are as follows: __[redacted]_____.

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which it is stored, and any associated data, hardware, software and computer peripherals.

__2/15/19__
Date

__Fin__
Signature

__02/15/2019__
Date

__Kaitlyn Cedrone__
Signature of Witness

__Kaitlyn Cedrone__
Printed Full Name of Witness

__Chelsea, MA__
Location

SINGER-VOL016-005207

This is to certify that on __02/15/2019__ at __Residence Inn Chelsea, MA__ Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, conducted a complete search of any and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

I certify that ~~nothing~~ was removed from my custody by those Agents.

only iphone 7+

(Signed) _Jin_

Witnessed:

_Kaitlyn Cedrone_
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

_Laura Smith_
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

SINGER-VOL016-005208

GPO U.S. GOVERNMENT PRINTING OFFICE: 2015-391-063

FD-597 (Rev. 4-13-2015)                                                   Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ███████████

On (date) 02/15/2019         item(s) listed below were:
                             ☐ Collected/Seized
                             ☒ Received From
                             ☐ Returned To
                             ☐ Released To

(Name) Fin

(Street Address) _____

(City) _____

Description of Item(s): Iphone 7
Imei ███████████ 8088
serial # ███████████ HFYK

KC
02/15/2019

Received By: Kaitlyn Cedrone (Signature)     Received From: Fin (Signature)

Printed Name/Title: Kaitlyn Cedrone     Printed Name/Title: Fin

SINGER-VOL016-005209