UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 19-10080-NMG |
| | ) |
| DAVID SIDOO, *et. al.*, | ) |
| | ) |
| Defendants | ) |

**GOVERNMENT'S RESPONSE TO ABDELAZIZ'S MOTION TO COMPEL PRODUCTION OF PURPORTEDLY PRIVILEGED MATERIALS (DKT. 1087)**

On April 17, 2020, defendant Gamal Abdelaziz filed a motion to compel the production of various calls, emails and other materials taken from the electronic devices of William "Rick" Singer. On that same day, the government informed counsel for the defendant that it had produced or was willing to produce the requested materials with the exception of some over which Singer, through his counsel, had claimed privilege. The government further informed counsel that it intended to seek a waiver of that privilege and, if successful, would produce the documents. Since that time, the government has obtained a waiver of the attorney-client privilege from Singer, through his counsel, and will produce the requested documents by May 5, 2020, the current discovery deadline in this case. Accordingly, the defendant's motion to compel should be denied as moot.

                      Respectfully submitted,

                      ANDREW E. LELLING
                    United States Attorney

By:   */s/ Karin M. Bell*
       Eric S. Rosen
       Justin D. O'Connell
       Leslie A. Wright
       Kristen A. Kearney
       Karin M. Bell
       Stephen E. Frank

Dated: May 1, 2020

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                    */s/ Karin M. Bell*
                    Karin M. Bell
                    Assistant United States Attorney

Dated: May 1, 2020