UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

## MOTION FOR LEAVE TO OBTAIN SEALED TRANSCRIPT OF 11/20/20 HEARING

Defendant Gamal Abdelaziz respectfully moves this Court for leave to obtain a copy of the transcript of the November 20, 2020 sealed *ex parte* hearing before Chief Magistrate Judge Kelley. As grounds for the motion, counsel for Defendant Abdelaziz states that he was present at the hearing, which related to an *ex parte* Rule 17(c) subpoena issued by Defendant Abdelaziz and others.

Dated: December 1, 2020

Respectfully submitted,

/s/ Joshua C. Sharp
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren M. Maynard (BBO No. 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

*Counsel for Gamal Abdelaziz*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on December 1, 2020, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*
Joshua C. Sharp
