UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

**MOTION TO MODIFY PROTECTIVE ORDER
GOVERNING DOCUMENTS RECEIVED FROM USC**

The undersigned respectfully request that the Court modify the current protective order governing documents produced by USC to Defendants[1] to permit Defendants to share such documents with defendants in case 1:19-cr-10081-IT.  The undersigned have consulted with USC regarding this Motion.  USC consents to the relief requested on the condition that defendants in case 1:19-cr-10081-IT are not provided with any documents covered by the protective order unless they sign the protective order and agree to be governed by its terms.

Dated: February 19, 2021

Respectfully submitted,

HOMAYOUN ZADEH

By his attorneys.

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
Miner Siddall LLP
101 Federal Street, Suite 650
Boston, MA 02110

---

[1] As to Zadeh, see Dkt. 1696.  As to Abdelaziz, see Dkt. 1081.  As to Kimmel, see Dkt. 830.

Tel.: (617) 202-5890
Fax: (617) 202-5893
tminer@msdefenders.com
msiddall@msdefenders.com

GAMAL ABDELAZIZ

By his attorney,

*/s/ Robert Shketoff*
Robert Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

ELISABETH KIMMEL

By her attorneys,

/s/ Cory S. Flashner
R. Robert Popeo (BBO No. 403360)
Mark E. Robinson (BBO No. 423080)
Eóin P. Beirne (BBO No. 660885)
Cory S. Flashner (BBO No. 629205)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
rrpopeo@mintz.com
merobinson@mintz.com
epbeirne@mintz.com
csflashner@mintz.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on February 19, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Tracy A. Miner*
Tracy A. Miner