UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

**MOTION FOR LEAVE
TO FILE *EX PARTE* MOTION UNDER SEAL**

Gamal Abdelaziz respectfully moves this Court for leave to file *ex parte* and under seal a motion (the "Motion") regarding a Rule 17(c) third-party subpoena.

As grounds, Defendant Abdelaziz states that the Motion quotes sealed briefing and relates to a Rule 17(c) third-party subpoena that the Court previously considered on an *ex parte* basis to avoid disclosure of confidential trial strategy to the government.

WHEREFORE, Defendant Abdelaziz respectfully requests that the Motion for leave to file *ex parte* and under seal be granted.

Dated: March 8, 2021

Respectfully submitted,

*/s/ Elliot M. Weinstein*
Elliot M. Weinstein (BBO No. 520400)
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

*Counsel for Gamal Abdelaziz*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was filed electronically on March 8, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                                */s/ Elliot Weinstein*
                                                Elliot Weinstein