# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                            Plaintiff,                     :
                                                           :
         -against-                                         :   Criminal No. 1:19-cr-10080-NMG
                                                           :
GREGORY COLBURN, ET AL,                                    :
                                                           :
                            Defendant.                     :
                                                           :
-----------------------------------------------------------x
```

## NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S
## MOTION FOR LEAVE TO FILE OPPOSITION (PARTIALLY) UNDER SEAL

Nonparty University of Southern California ("USC") hereby moves the Court for leave to file (partially) under seal its opposition to Defendants Abdelaziz and Zadeh's (collectively "Defendants") motion to modify the agreed-upon protective order in this case pursuant to Local Rule 7.1(b)(3), attached as Exhibit A. As grounds for this request, USC states that its Opposition refers to matters that are the subject of previous sealing orders, including issues that Defendants and co-Defendants have requested be kept under seal to protect trial strategy.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel hereby certifies that counsel for USC conferred with counsel for the Defendant Abdelaziz and was unable to reach a resolution.

                                                    Respectfully submitted,
                                                    UNIVERSITY OF SOUTHERN CALIFORNIA,
                                                    By its attorneys,

                                                  */s/ Debra Wong Yang*
                                                  Debra Wong Yang (Admitted *Pro Hac Vice*)
                                                  Douglas M. Fuchs (Admitted *Pro Hac Vice*)
                                                  GIBSON DUNN & CRUTCHER LLP
                                                  333 South Grand Avenue
                                                  Los Angeles, CA 90071-3197
                                                  (213)229-7000
                                                  dwongyang@gibsondunn.com
                                                  dfuchs@gibsondunn.com

          */s/ Anthony E. Fuller*
          Anthony E. Fuller (BBO #633246)
          William H. Kettlewell (BBO# 270320)
          Elizabeth C. Pignatelli (BBO #677923)
          HOGAN LOVELLS US LLP
          125 High St., Suite 2010
          Boston, MA  02110
          (617) 371-1000
          anthony.fuller@hoganlovells.com
          bill.kettlewell@hoganlovells.com
          elizabeth.pignatelli@hoganlovells.com

Dated: April 7, 2021