UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

**MOTION FOR LEAVE TO FILE EX PARTE AND SEALED DOCUMENT**

The undersigned respectfully request leave of Court to file a sealed and ex parte three-page filing. As grounds, the undersigned state that the proposed filing quotes and describes sealed and ex parte papers.

Dated: May 25, 2021

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

*/s/ Robert Shketoff*
Robert Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

Elliot Weinstein (BBO No. 520400)
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

HOMAYOUN ZADEH

By his attorneys,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)

        Megan A. Siddall (BBO No. 568979)
        Miner Siddall LLP
        101 Federal Street, Suite 650
        Boston, MA 02110
        Tel.: (617) 202-5890
        Fax: (617) 202-5893
        tminer@msdefenders.com
        msiddall@msdefenders.com

        ELISABETH KIMMEL

        By her attorneys,

        */s/ Cory S. Flashner*
        R. Robert Popeo (BBO # 403360)
        Mark E. Robinson (BBO # 423080)
        Eóin P. Beirne (BBO # 660885)
        Cory S. Flashner (BBO # 629205)
        MINTZ, LEVIN, COHN, FERRIS,
        GLOVSKY AND POPEO, P.C.
        One Financial Center
        Boston, MA 02111
        (617) 348-1605 (telephone)
        (617) 542-2241 (fax)
        rpopeo@mintz.com
        mrobinson@mintz.com
        ebeirne@mintz.com
        csflashner@mintz.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was filed electronically on May 25, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ Megan Siddall
Megan A. Siddall