UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

**MOTION FOR LEAVE TO FILE EX PARTE AND SEALED DOCUMENT**

The undersigned respectfully request leave of Court to file a sealed and ex parte three-page filing. As grounds, the undersigned state that the proposed filing quotes and describes sealed and ex parte papers.

Dated: May 25, 2021

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

/s/ Robert Shketoff
Robert Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

Elliot Weinstein (BBO No. 520400)
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

HOMAYOUN ZADEH

By his attorneys,

/s/ Tracy A. Miner
Tracy A. Miner (BBO No. 547137)

*Motion allowed.* /s/ NMGorton, USDJ 05/26/2021