UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

### MOTION FOR LEAVE TO FILE *EX PARTE* AND SEALED DOCUMENT

The undersigned respectfully requests leave of Court to file a sealed and *ex parte* two-page filing. As grounds, the undersigned states that the proposed filing responds to a sealed and *ex parte* filing.

Dated: June 7, 2021

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

*/s/ Joshua C. Sharp*
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren M. Maynard (BBO No. 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

Elliot Weinstein (BBO No. 520400)
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the forgoing was filed electronically on June 7, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*
Joshua C. Sharp