UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 19-cr-10080-NMG |
| GREGORY COLBURN, *et al.*, Defendants. | |

**GOVERNMENT'S ASSENTED-TO MOTION TO SEAL**
**GOVERNMENT'S EXHIBIT LIST**

Pursuant to Local Rule 7.2 of the U.S. District Court for the District of Massachusetts, the United States respectfully moves for leave to file the Government's Exhibit List under seal. Defense counsel assents to this motion.

In support of this motion, the government states that the exhibit list contains brief narrative descriptions of the exhibits that include references to the defendants' children, academic records, and uncharged co-conspirators. Under the terms of the May 2, 2019 Protective Order, such materials are to be filed under seal or redacted to remove any references to children, academic records, or uncharged co-conspirators. Dkt. 377 at 4. Accordingly, the government respectfully requests leave to file the complete Exhibit List under seal, and to omit the narrative descriptions from the public docket.

Respectfully submitted,

NATHANIEL R. MENDELL
United States Attorney

By: */s/ Kristen A. Kearney*
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN J. STEARNS
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: June 25, 2021             */s/ Kristen A. Kearney*
                                                     Kristen A. Kearney