UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN, *et al.*,<br><br>Defendants. | Crim. No. 19-cr-10080-NMG<br><br>**LEAVE TO FILE UNDER SEAL GRANTED (ECF NO. 1922)** |

## GOVERNMENT'S EXHIBIT LIST

The government respectfully submits this initial list of proposed exhibits for trial. The government reserves the right to supplement or modify this list from time to time, with reasonable notice to the defendants. *See* Attachment A [exhibit list, filed under seal].

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Justin D. O'Connell*
    JUSTIN D. O'CONNELL
    KRISTEN A. KEARNEY
    LESLIE A. WRIGHT
    STEPHEN E. FRANK
    IAN J. STEARNS
    Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Justin D. O'Connell*
Justin D. O'Connell
Assistant United States Attorney