UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Cr. No. 19-10080-NMG |
| GREGORY COLBURN, et al., | |
| Defendants. | |

## GAMAL ABDELAZIZ'S PROPOSED EXHIBIT LIST

Defendant Gamal Abdelaziz respectfully submits the following list of potential exhibits for trial. Mr. Abdelaziz reserves the right to supplement this list and to use additional documents, including but not limited to for impeachment or cross-examination purposes, not identified here. Mr. Abdelaziz further reserves the right use as an exhibit any exhibit identified by any other defendant or by the government in their exhibit lists.[1]

| Exhibit No. | Bates Start | Bates Stop |
|---|---|---|
| 1000 | VB-RECORDS-00359428 | VB-RECORDS-00359428 |
| 1001 | VB-RECORDS-00727870 | VB-RECORDS-00727873 |
| 1002 | GA-0000005 | GA-0000006 |
| 1003 | VB-RECORDS-00343520 | VB-RECORDS-00343521 |
| 1004 | VB-RECORDS-00339601 | VB-RECORDS-00339601 |
| 1005 | VB-RECORDS-00339629 | VB-RECORDS-00339630 |

---

[1] Mr. Abdelaziz relied upon the government's witness and exhibit lists produced on June 25, 2021 in preparing his witness and exhibit lists, and anticipates that the government will call all of the witnesses on its witness list. Should the government fail to call one of the witnesses on its list, Mr. Abdelaziz specifically reserves the right to call that individual and supplement his witness and exhibit lists accordingly.

| 1006 | VB-RECORDS-00368218 | VB-RECORDS-00368221 |
|------|---------------------|---------------------|
| 1007 | VB-RECORDS-00427143 | VB-RECORDS-00427146 |
| 1008 | GA-0007450 | GA-0007450 |
| 1009 | GA-0007451 | GA-0007452 |
| 1010 | GA-0007462 | GA-0007463 |
| 1011 | USAO-VB-01418736 | USAO-VB-01418736 |
| 1012 | USAO-VB-01301131 | USAO-VB-01301131 |
| 1013 | USAO-VB-01485183 | USAO-VB-01485184 |
| 1014 | USAO-VB-01302985 | USAO-VB-01302995 |
| 1015 | USAO-VB-01303211 | USAO-VB-01303212 |
| 1016 | GA-0008591 | GA-0008592 |
| 1017 | USAO-VB-01297781 | USAO-VB-01297783 |
| 1018 | USAO-VB-01297949 | USAO-VB-01297971 |
| 1019 | USAO-VB-01304438 | USAO-VB-01304439 |
| 1020 | USAO-VB-01304009 | USAO-VB-01304010 |
| 1021 | USAO-VB-01306892 | USAO-VB-01306892 |
| 1022 | USAO-VB-01313221 | USAO-VB-01313221 |
| 1023 | USAO-VB-01314322 | USAO-VB-01314329 |
| 1024 | USAO-VB-01313412 | USAO-VB-01313413 |
| 1025 | SINGER-VOL021-056155 | SINGER-VOL021-056156 |
| 1026 | USAO-VB-01483051 | USAO-VB-01483051 |
| 1027 | GA-0007519 | GA-0007521 |
| 1028 | USAO-VB-01308469 | USAO-VB-01308469 |
| 1029 | GA-0008981 | GA-0008981 |
| 1030 | USAO-VB-01311702 | USAO-VB-01311703 |
| 1031 | USAO-VB-00180870 | USAO-VB-00180870 |
| 1032 | VB-RECORDS-00123172 | VB-RECORDS-00123172 |
| 1033 | SINGER-VOL021-056201 | SINGER-VOL021-056201 |
| 1034 | USAO-VB-01323053 | USAO-VB-01323053 |

| | | |
|---|---|---|
| 1035 | USAO-VB-01323095 | USAO-VB-01323095 |
| 1036 | USAO-VB-01319117 | USAO-VB-01319117 |
| 1037 | USAO-VB-01317109 | USAO-VB-01317112 |
| 1038 | USAO-VB-01319142 | USAO-VB-01319143 |
| 1039 | USAO-VB-01453161 | USAO-VB-01453162 |
| 1040 | USAO-VB-01455985 | USAO-VB-01455985 |
| 1041 | USAO-VB-01323081 | USAO-VB-01323081 |
| 1042 | USAO-VB-01325094 | USAO-VB-01325095 |
| 1043 | USAO-VB-00190224 | USAO-VB-00190226 |
| 1044 | USAO-VB-01321317 | USAO-VB-01321318 |
| 1045 | USAO-VB-01323807 | USAO-VB-01323809 |
| 1046 | USAO-VB-01452633 | USAO-VB-01452635 |
| 1047 | GA-0008995 | GA-0009005 |
| 1048 | GA-0007453 | GA-0007461 |
| 1049 | USAO-VB-00152377 | USAO-VB-00152378 |
| 1050 | USAO-VB-01328890 | USAO-VB-01328898 |
| 1051 | USAO-VB-01454297 | USAO-VB-01454305 |
| 1052 | GA-0008539 | GA-0008542 |
| 1053 | VB-RECORDS-00736216 | VB-RECORDS-00736219 |
| 1054 | USAO-VB-01329678 | USAO-VB-01329682 |
| 1055 | USAO-VB-01453092 | USAO-VB-01453092 |
| 1056 | USAO-VB-01327180 | USAO-VB-01327185 |
| 1057 | USAO-VB-00157107 | USAO-VB-00157109 |
| 1058 | GA-0008984 | GA-0008985 |
| 1059 | USAO-VB-01328668 | USAO-VB-01328669 |
| 1060 | GA-0007449 | GA-0007449 |
| 1061 | SINGER-VOL021-056239 | SINGER-VOL021-056240 |
| 1062 | USAO-VB-01363936 | USAO-VB-01363937 |
| 1063 | USAO-VB-01363997 | USAO-VB-01363998 |

| 1064 | GA-0008990 | GA-0008990 |
|---|---|---|
| 1065 | GA-0008982 | GA-0008983 |
| 1066 | USAO-VB-01445048 | USAO-VB-01445048 |
| 1067 | USAO-VB-01445411 | USAO-VB-01445411 |
| 1068 | USAO-VB-01360941 | USAO-VB-01360941 |
| 1069 | USAO-VB-01224322 | USAO-VB-01224322 |
| 1070 | SINGER-VOL021-056243 | SINGER-VOL021-056243 |
| 1071 | USAO-VB-01228874 | USAO-VB-01228875 |
| 1072 | USAO-VB-01231625 | USAO-VB-01231625 |
| 1073 | USAO-VB-01231814 | USAO-VB-01231814 |
| 1074 | USAO-VB-01229130 | USAO-VB-01229130 |
| 1075 | USAO-VB-01229242 | USAO-VB-01229243 |
| 1076 | USAO-VB-01229693 | USAO-VB-01229694 |
| 1077 | USAO-VB-01441755 | USAO-VB-01441756 |
| 1078 | USAO-VB-01232721 | USAO-VB-01232733 |
| 1079 | GA-0009310 | GA-0009327 |
| 1080 | USAO-VB-01263034 | USAO-VB-01263035 |
| 1081 | GA-0007475 | GA-0007475 |
| 1082 | USAO-VB-01229964 | USAO-VB-01229964 |
| 1083 | GA-0009265 | GA-0009266 |
| 1084 | SINGER-VOL019-056341 | SINGER-VOL019-056341 |
| 1085 | USAO-VB-01262296 | USAO-VB-01262297 |
| 1086 | SINGER-VOL021-056246 | SINGER-VOL021-056246 |
| 1087 | USAO-VB-01224830 | USAO-VB-01224830 |
| 1088 | USAO-VB-01256346 | USAO-VB-01256348 |
| 1089 | USAO-VB-01222300 | USAO-VB-01222301 |
| 1090 | USAO-VB-01221902 | USAO-VB-01221903 |
| 1091 | VB-RECORDS-00120120 | VB-RECORDS-00120121 |
| 1092 | USAO-VB-01441862 | USAO-VB-01441863 |

| | | |
|---|---|---|
| 1093 | SINGER-VOL021-056250 | SINGER-VOL021-056250 |
| 1094 | SINGER-VOL021-056251 | SINGER-VOL021-056251 |
| 1095 | GA-0008505 | GA-0008507 |
| 1096 | GA-0009377 | GA-0009386 |
| 1097 | VB-RECORDS-00736247 | VB-RECORDS-00736249 |
| 1098 | USAO-VB-01252753 | USAO-VB-01252754 |
| 1099 | USAO-VB-01221538 | USAO-VB-01221538 |
| 1100 | USAO-VB-01253145 | USAO-VB-01253146 |
| 1101 | USAO-VB-01221109 | USAO-VB-01221115 |
| 1102 | GA-0009370 | GA-0009373 |
| 1103 | VB-RECORDS-00329207 | VB-RECORDS-00329208 |
| 1104 | VB-RECORDS-00329213 | VB-RECORDS-00329216 |
| 1105 | USAO-VB-01244592 | USAO-VB-01244594 |
| 1106 | USAO-VB-01246524 | USAO-VB-01246526 |
| 1107 | USAO-VB-01211323 | USAO-VB-01211325 |
| 1108 | USAO-VB-01211435 | USAO-VB-01211437 |
| 1109 | VB-RECORDS-00329222 | VB-RECORDS-00329225 |
| 1110 | VB-RECORDS-00329232 | VB-RECORDS-00329233 |
| 1111 | VB-RECORDS-00329228 | VB-RECORDS-00329229 |
| 1112 | GA-0007430 | GA-0007433 |
| 1113 | USAO-VB-00130211 | USAO-VB-00130213 |
| 1114 | VB-RECORDS-00329230 | VB-RECORDS-00329231 |
| 1115 | GA-0007434 | GA-0007435 |
| 1116 | USAO-VB-01218223 | USAO-VB-01218224 |
| 1117 | VB-RECORDS-00329221 | VB-RECORDS-00329221 |
| 1118 | USAO-VB-01216124 | USAO-VB-01216124 |
| 1119 | USAO-VB-01240689 | USAO-VB-01240690 |
| 1120 | USAO-VB-01215234 | USAO-VB-01215234 |
| 1121 | VB-RECORDS-00329186 | VB-RECORDS-00329186 |

| 1122 | USAO-VB-01218897 | USAO-VB-01218897 |
|------|------------------|------------------|
| 1123 | USAO-VB-00099459 | USAO-VB-00099461 |
| 1124 | USAO-VB-01239086 | USAO-VB-01239086 |
| 1125 | GA-0008530 | GA-0008530 |
| 1126 | USAO-VB-01435576 | USAO-VB-01435579 |
| 1127 | USAO-VB-01435768 | USAO-VB-01435769 |
| 1128 | VB-RECORDS-00736251 | VB-RECORDS-00736251 |
| 1129 | USAO-VB-01210807 | USAO-VB-01210808 |
| 1130 | USAO-VB-01211265 | USAO-VB-01211266 |
| 1131 | GA-0008524 | GA-0008524 |
| 1132 | VB-RECORDS-00736259 | VB-RECORDS-00736259 |
| 1133 | USAO-VB-01208844 | USAO-VB-01208845 |
| 1134 | USAO-VB-01208978 | USAO-VB-01208980 |
| 1135 | USAO-VB-01213531 | USAO-VB-01213532 |
| 1136 | GA-0008492 | GA-0008492 |
| 1137 | USAO-VB-00443147 | USAO-VB-00443149 |
| 1138 | GA-0009402 | GA-0009404 |
| 1139 | USAO-VB-01358357 | USAO-VB-01358358 |
| 1140 | GA-0009430 | GA-0009432 |
| 1141 | USAO-VB-01206011 | USAO-VB-01206012 |
| 1142 | GA-0009425 | GA-0009428 |
| 1143 | USAO-VB-00111931 | USAO-VB-00111932 |
| 1144 | GA-0009411 | GA-0009414 |
| 1145 | USAO-VB-01429403 | USAO-VB-01429405 |
| 1146 | USAO-VB-01357633 | USAO-VB-01357633 |
| 1147 | USAO-VB-01358194 | USAO-VB-01358195 |
| 1148 | GA-0008577 | GA-0008578 |
| 1149 | VB-RECORDS-00736280 | VB-RECORDS-00736281 |
| 1150 | GA-0008623 | GA-0008623 |

| 1151 | USAO-VB-01200099 | USAO-VB-01200099 |
|------|------------------|------------------|
| 1152 | USAO-VB-01353706 | USAO-VB-01353707 |
| 1153 | USAO-VB-01354074 | USAO-VB-01354074 |
| 1154 | USAO-VB-01356002 | USAO-VB-01356002 |
| 1155 | USAO-VB-01198905 | USAO-VB-01198905 |
| 1156 | VB-RECORDS-00727963 | VB-RECORDS-00727967 |
| 1157 | GA-0009213 | GA-0009214 |
| 1158 | USAO-VB-01198331 | USAO-VB-01198331 |
| 1159 | USAO-VB-01195378 | USAO-VB-01195379 |
| 1160 | USAO-VB-01198912 | USAO-VB-01198912 |
| 1161 | GA-0007436 | GA-0007446 |
| 1162 | GA-0009251 | GA-0009256 |
| 1163 | GA-0009439 | GA-0009446 |
| 1164 | SINGER-VOL019-056344 | SINGER-VOL019-056345 |
| 1165 | USAO-VB-01196932 | USAO-VB-01196934 |
| 1166 | USAO-VB-01197871 | USAO-VB-01197873 |
| 1167 | GA-0009405 | GA-0009410 |
| 1168 | GA-0007476 | GA-0007476 |
| 1169 | VB-RECORDS-00120993 | VB-RECORDS-00120994 |
| 1170 | GA-0007464 | GA-0007465 |
| 1171 | USAO-VB-01191724 | USAO-VB-01191724 |
| 1172 | USAO-VB-01192808 | USAO-VB-01192809 |
| 1173 | USAO-VB-01352644 | USAO-VB-01352644 |
| 1174 | VB-RECORDS-00123294 | VB-RECORDS-00123296 |
| 1175 | GA-0009438 | GA-0009438 |
| 1176 | GA-0009437 | GA-0009437 |
| 1177 | USAO-VB-01185564 | USAO-VB-01185565 |
| 1178 | GA-0008499 | GA-0008500 |
| 1179 | VB-RECORDS-00736316 | VB-RECORDS-00736317 |

| | | |
|---|---|---|
| 1180 | USAO-VB-01185547 | USAO-VB-01185547 |
| 1181 | USAO-VB-01185609 | USAO-VB-01185610 |
| 1182 | USAO-VB-01185792 | USAO-VB-01185797 |
| 1183 | USAO-VB-01342826 | USAO-VB-01342827 |
| 1184 | VB-RECORDS-00002836 | VB-RECORDS-00002836 |
| 1185 | VB-RECORDS-00002841 | VB-RECORDS-00002842 |
| 1186 | GA-0007447 | GA-0007447 |
| 1187 | USAO-VB-01184985 | USAO-VB-01184987 |
| 1188 | SINGER-LAPTOP-00484780 | SINGER-LAPTOP-00484781 |
| 1189 | GA-0008532 | GA-0008532 |
| 1190 | VB-RECORDS-00736318 | VB-RECORDS-00736318 |
| 1191 | GA-0009049 | GA-0009052 |
| 1192 | GA-0009055 | GA-0009057 |
| 1193 | GA-0009048 | GA-0009048 |
| 1194 | USAO-VB-01175059 | USAO-VB-01175059 |
| 1195 | GA-0009330 | GA-0009332 |
| 1196 | GA-0009335 | GA-0009338 |
| 1197 | USAO-VB-01519949 | USAO-VB-01519958 |
| 1198 | USAO-VB-01465946 | USAO-VB-01465946 |
| 1199 | GA-0000066 | GA-0000066 |
| 1200 | USAO-VB-01463706 | USAO-VB-01463707 |
| 1201 | USAO-VB-01463632 | USAO-VB-01463636 |
| 1202 | USAO-VB-01156969 | USAO-VB-01156971 |
| 1203 | USAO-VB-01372537 | USAO-VB-01372539 |
| 1204 | USAO-VB-01465229 | USAO-VB-01465230 |
| 1205 | USAO-VB-00052521 | USAO-VB-00052522 |
| 1206 | GA-0009357 | GA-0009359 |
| 1207 | GA-0007448 | GA-0007448 |
| 1208 | USAO-VB-01509239 | USAO-VB-01509240 |

| | | |
|---|---|---|
| 1209 | VB-RECORDS-00495762 | VB-RECORDS-00495763 |
| 1210 | USAO-VB-01461132 | USAO-VB-01461132 |
| 1211 | SINGER-VOL019-056236 | SINGER-VOL019-056236 |
| 1212 | USAO-VB-01590358 | USAO-VB-01590359 |
| 1213 | USAO-VB-00404965 | USAO-VB-00404965 |
| 1214 | USAO-VB-01457938 | USAO-VB-01457940 |
| 1215 | VB-RECORDS-00495766 | VB-RECORDS-00495767 |
| 1216 | VB-RECORDS-00495764 | VB-RECORDS-00495765 |
| 1217 | GA-0000044 | GA-0000045 |
| 1218 | USAO-VB-01501912 | USAO-VB-01501913 |
| 1219 | USAO-VB-01496073 | USAO-VB-01496074 |
| 1220 | GA-0007466 | GA-0007467 |
| 1221 | USAO-VB-01496470 | USAO-VB-01496477 |
| 1222 | USAO-VB-01137337 | USAO-VB-01137338 |
| 1223 | VB-RECORDS-00560100 | VB-RECORDS-00560102 |
| 1224 | USAO-VB-01136890 | USAO-VB-01136891 |
| 1225 | VB-RECORDS-00710774 | VB-RECORDS-00710774 |
| 1226 | USAO-VB-00014808 | USAO-VB-00014810 |
| 1227 | VB-RECORDS-00122625 | VB-RECORDS-00122625 |
| 1228 | VB-RECORDS-00124691 | VB-RECORDS-00124692 |
| 1229 | VB-RECORDS-00122597 | VB-RECORDS-00122597 |
| 1230 | VB-RECORDS-00495608 | VB-RECORDS-00495608 |
| 1231 | VB-RECORDS-00495611 | VB-RECORDS-00495611 |
| 1232 | VB-RECORDS-00495609 | VB-RECORDS-00495610 |
| 1233 | VB-RECORDS-00495612 | VB-RECORDS-00495613 |
| 1234 | USAO-VB-01479424 | USAO-VB-01479425 |
| 1235 | GA-0000009 | GA-0000014 |
| 1236 | GA-0000015 | GA-0000020 |
| 1237 | GA-0000021 | GA-0000026 |

| | | |
|---|---|---|
| 1238 | GA-0007468 | GA-0007473 |
| 1239 | VB-RECORDS-00121953 | VB-RECORDS-00121954 |
| 1240 | VB-RECORDS-00122174 | VB-RECORDS-00122175 |
| 1241 | VB-RECORDS-00124214 | VB-RECORDS-00124214 |
| 1242 | VB-RECORDS-00124320 | VB-RECORDS-00124345 |
| 1243 | USAO-VB-01126392 | USAO-VB-01126393 |
| 1244 | GA-0007511 | GA-0007511 |
| 1245 | GA-0007512 | GA-0007512 |
| 1246 | GA-0000027 | GA-0000029 |
| 1247 | VB-RECORDS-00660619 | VB-RECORDS-00660623 |
| 1248 | USAO-VB-01406513 | USAO-VB-01406514 |
| 1249 | USAO-VB-01405580 | USAO-VB-01405581 |
| 1250 | VB-RECORDS-00710810 | VB-RECORDS-00710811 |
| 1251 | VB-RECORDS-00121802 | VB-RECORDS-00121803 |
| 1252 | USAO-VB-00001849 | USAO-VB-00001850 |
| 1253 | VB-RECORDS-00710808 | VB-RECORDS-00710809 |
| 1254 | USAO-VB-00003221 | USAO-VB-00003223 |
| 1255 | VB-RECORDS-00656256 | VB-RECORDS-00656256 |
| 1256 | VB-RECORDS-00476890 | VB-RECORDS-00476891 |
| 1257 | USAO-VB-00323811 | USAO-VB-00323811 |
| 1258 | USAO-VB-00003773 | USAO-VB-00003773 |
| 1259 | GA-0009185 | GA-0009186 |
| 1260 | USAO-VB-01119858 | USAO-VB-01119860 |
| 1261 | USAO-VB-01476021 | USAO-VB-01476023 |
| 1262 | GA-0009205 | GA-0009212 |
| 1263 | USAO-VB-00005186 | USAO-VB-00005187 |
| 1264 | USAO-VB-01403138 | USAO-VB-01403138 |
| 1265 | USAO-VB-00288149 | USAO-VB-00288149 |
| 1266 | GA-0008036 | GA-0008038 |

| | | |
|---|---|---|
| 1267 | USAO-VB-00292510 | USAO-VB-00292512 |
| 1268 | VB-RECORDS-00124727 | VB-RECORDS-00124728 |
| 1269 | GA-0007660 | GA-0007660 |
| 1270 | VB-RECORDS-00124717 | VB-RECORDS-00124717 |
| 1271 | VB-RECORDS-00495568 | VB-RECORDS-00495571 |
| 1272 | VB-RECORDS-00495578 | VB-RECORDS-00495579 |
| 1273 | VB-RECORDS-00710804 | VB-RECORDS-00710804 |
| 1274 | VB-RECORDS-00710805 | VB-RECORDS-00710807 |
| 1275 | VB-RECORDS-00710794 | VB-RECORDS-00710797 |
| 1276 | GA-0007659 | GA-0007659 |
| 1277 | VB-RECORDS-00710798 | VB-RECORDS-00710799 |
| 1278 | VB-RECORDS-00710790 | VB-RECORDS-00710791 |
| 1279 | VB-RECORDS-00495563 | VB-RECORDS-00495567 |
| 1280 | VB-RECORDS-00710792 | VB-RECORDS-00710793 |
| 1281 | VB-RECORDS-00495550 | VB-RECORDS-00495551 |
| 1282 | VB-RECORDS-00710785 | VB-RECORDS-00710786 |
| 1283 | VB-RECORDS-00495549 | VB-RECORDS-00495549 |
| 1284 | VB-RECORDS-00710763 | VB-RECORDS-00710763 |
| 1285 | VB-RECORDS-00710764 | VB-RECORDS-00710765 |
| 1286 | VB-RECORDS-00710787 | VB-RECORDS-00710788 |
| 1287 | VB-RECORDS-00495539 | VB-RECORDS-00495548 |
| 1288 | VB-RECORDS-00710001 | VB-RECORDS-00710002 |
| 1289 | VB-RECORDS-00710789 | VB-RECORDS-00710789 |
| 1290 | USAO-VB-00306326 | USAO-VB-00306327 |
| 1291 | VB-RECORDS-00710766 | VB-RECORDS-00710768 |
| 1292 | USAO-VB-00306421 | USAO-VB-00306422 |
| 1293 | VB-RECORDS-00710761 | VB-RECORDS-00710762 |
| 1294 | VB-RECORDS-00710784 | VB-RECORDS-00710784 |
| 1295 | VB-RECORDS-00710800 | VB-RECORDS-00710801 |

| 1296 | VB-RECORDS-00710781 | VB-RECORDS-00710782 |
| 1297 | VB-RECORDS-00710769 | VB-RECORDS-00710773 |
| 1298 | VB-RECORDS-00710780 | VB-RECORDS-00710780 |
| 1299 | VB-RECORDS-00710783 | VB-RECORDS-00710783 |
| 1300 | VB-RECORDS-00495587 | VB-RECORDS-00495589 |
| 1301 | VB-RECORDS-00495752 | VB-RECORDS-00495761 |
| 1302 | USAO-VB-00496254 | USAO-VB-00496254 |
| 1303 | GA-0000038 | GA-0000043 |
| 1304 | VB-RECORDS-00495745 | VB-RECORDS-00495751 |
| 1305 | VB-RECORDS-00710778 | VB-RECORDS-00710779 |
| 1306 | VB-RECORDS-00495572 | VB-RECORDS-00495577 |
| 1307 | VB-RECORDS-00710802 | VB-RECORDS-00710803 |
| 1308 | VB-RECORDS-00121466 | VB-RECORDS-00121468 |
| 1309 | VB-RECORDS-00124755 | VB-RECORDS-00124756 |
| 1310 | VB-RECORDS-00710777 | VB-RECORDS-00710777 |
| 1311 | VB-RECORDS-00495743 | VB-RECORDS-00495744 |
| 1312 | USAO-VB-00503343 | USAO-VB-00503344 |
| 1313 | VB-RECORDS-00495597 | VB-RECORDS-00495598 |
| 1314 | USAO-VB-00503497 | USAO-VB-00503498 |
| 1315 | VB-RECORDS-00529809 | VB-RECORDS-00529819 |
| 1316 | VB-RECORDS-00495590 | VB-RECORDS-00495591 |
| 1317 | VB-RECORDS-00495594 | VB-RECORDS-00495596 |
| 1318 | VB-RECORDS-00495606 | VB-RECORDS-00495607 |
| 1319 | VB-RECORDS-00495580 | VB-RECORDS-00495582 |
| 1320 | USAO-VB-01387890 | USAO-VB-01387891 |
| 1321 | VB-RECORDS-00710758 | VB-RECORDS-00710760 |
| 1322 | VB-RECORDS-00710775 | VB-RECORDS-00710776 |
| 1323 | USAO-VB-01056388 | USAO-VB-01056391 |
| 1324 | VB-RECORDS-00124715 | VB-RECORDS-00124717 |

| | | |
|---|---|---|
| 1325 | DOJ-SINGER-TIII-00005092 | DOJ-SINGER-TIII-00005093 |
| 1326 | VB-RECORDS-00124154 | VB-RECORDS-00124155 |
| 1327 | USAO-VB-01382966 | USAO-VB-01382967 |
| 1328 | VB-RECORDS-00124152 | VB-RECORDS-00124153 |
| 1329 | GA-0007484 | GA-0007507 |
| 1330 | GA-0007518 | GA-0007518 |
| 1331 | DOJ-SINGER-TIII-00031862 | DOJ-SINGER-TIII-00031862 |
| 1332 | VB-RECORDS-00124156 | VB-RECORDS-00124157 |
| 1333 | DOJ-SINGER-TIII-00036919 | DOJ-SINGER-TIII-00036921 |
| 1334 | DOJ-SINGER-TIII-00051887 | DOJ-SINGER-TIII-00051889 |
| 1335 | GA-0007474 | GA-0007474 |
| 1336 | GA-0000031 | GA-0000037 |
| 1337 | GA-0007480 | GA-0007482 |
| 1338 | SINGER-VOL016-040186 | SINGER-VOL016-040187 |
| 1339 | VB-RECORDS-00495769 | VB-RECORDS-00495769 |
| 1340 | VB-RECORDS-00495770 | VB-RECORDS-00495770 |
| 1341 | VB-RECORDS-00497928 | VB-RECORDS-00497930 |
| 1342 | VB-RECORDS-00497931 | VB-RECORDS-00497932 |
| 1343 | VB-RECORDS-00501143 | VB-RECORDS-00501156 |
| 1344 | VB-RECORDS-00710085 | VB-RECORDS-00710183 |
| 1345 | VB-RECORDS-00710194 | VB-RECORDS-00710207 |
| 1346 | VB-RECORDS-00710837 | VB-RECORDS-00710935 |
| 1347 | VB-RECORDS-00710936 | VB-RECORDS-00710949 |
| 1348 | GA-0000008 | GA-0000008 |
| 1349 | GA-0007508 | GA-0007509 |
| 1350 | GA-0007524 | GA-0007526 |
| 1351 | GA-0007523 | GA-0007523 |
| 1352 | GA-0008909 | GA-0008909 |
| 1353 | GA-0007527 | GA-0007529 |

| | | |
|---|---|---|
| 1354 | GA-0007517 | GA-0007517 |
| 1355 | GA-0007656 | GA-0007656 |
| 1356 | GA-0000001 | GA-0000001 |
| 1357 | GA-0000002 | GA-0000002 |
| 1358 | GA-0000003 | GA-0000003 |
| 1359 | GA-0000004 | GA-0000004 |
| 1360 | GA-0000030 | GA-0000030 |
| 1361 | GA-0000069 | GA-0000069 |
| 1362 | GA-0007477 | GA-0007477 |
| 1363 | GA-0007478 | GA-0007478 |
| 1364 | GA-0007479 | GA-0007479 |
| 1365 | GA-0007483 | GA-0007483 |
| 1366 | GA-0007510 | GA-0007510 |
| 1367 | GA-0007513 | GA-0007516 |
| 1368 | GA-0007522 | GA-0007522 |
| 1369 | GA-0007530 | GA-0007530 |
| 1370 | GA-0007531 | GA-0007584 |
| 1371 | GA-0007585 | GA-0007619 |
| 1372 | GA-0007620 | GA-0007655 |
| 1373 | GA-0007657 | GA-0007658 |
| 1374 | SINGER-LAPTOP-00001617 | SINGER-LAPTOP-00001617 |
| 1375 | SINGER-VOL016-016368 | SINGER-VOL016-016368 |
| 1376 | USC-Zangrillo-000835 | USC-Zangrillo-000859 |
| 1377 | USC-Zangrillo-000860 | USC-Zangrillo-000958 |
| 1378 | USC-Zangrillo-000959 | USC-Zangrillo-000972 |
| 1379 | USC-Zangrillo-000973 | USC-Zangrillo-000982 |
| 1380 | VB-RECORDS-00495768 | VB-RECORDS-00495768 |
| 1381 | SINGER-VOL019-056805 | SINGER-VOL019-056855 |
| 1382 | SINGER-VOL021-012238 | SINGER-VOL021-012298 |

| | | |
|---|---|---|
| 1383 | VB-RECORDS-00328486 | VB-RECORDS-00328583 |
| 1384 | VB-RECORDS-00467752 | VB-RECORDS-00467794 |
| 1385 | VB-RECORDS-00727646 | VB-RECORDS-00727646 |
| 1386 | VB-RECORDS-00124729 | VB-RECORDS-00124729 |
| 1387 | VB-RECORDS-00497751 | VB-RECORDS-00497752 |
| 1388 | VB-RECORDS-00497753 | VB-RECORDS-00497777 |
| 1389 | VB-RECORDS-00497778 | VB-RECORDS-00497875 |
| 1390 | VB-RECORDS-00497876 | VB-RECORDS-00497885 |
| 1391 | VB-RECORDS-00497886 | VB-RECORDS-00497899 |
| 1392 | VB-RECORDS-00501008 | VB-RECORDS-00501009 |
| 1393 | VB-RECORDS-00501010 | VB-RECORDS-00501034 |
| 1394 | VB-RECORDS-00501035 | VB-RECORDS-00501132 |
| 1395 | VB-RECORDS-00501133 | VB-RECORDS-00501142 |
| 1396 | VB-RECORDS-00710060 | VB-RECORDS-00710084 |
| 1397 | VB-RECORDS-00710184 | VB-RECORDS-00710193 |
| 1398 | VB-RECORDS-00710812 | VB-RECORDS-00710836 |
| 1399 | VB-RECORDS-00710950 | VB-RECORDS-00710959 |
| 1400 | VB-RECORDS-00727735 | VB-RECORDS-00727740 |
| 1401 | VB-RECORDS-00727869 | VB-RECORDS-00727869 |
| 1402 | VB-RECORDS-00729272 | VB-RECORDS-00729272 |
| 1403 | SINGER-PHONE-000516 | SINGER-PHONE-000516 |
| 1404 | Out_hinder2034644865_05-04-2018_050631PM.wav | |
| 1405 | Session 1147 | |
| 1406 | Session 1184 | |
| 1407 | Session 1765 | |
| 1408 | Session 1759 | |
| 1409 | Session 2139 | |
| 1410 | Session 3057 | |
| 1411 | Session 3041 | |

| 1412 | SINGER-PHONE-000501 | SINGER-PHONE-000501 |
|---|---|---|
| 1413 | Session 3787 | |
| 1414 | Session 4253 | |
| 1415 | Session 4473 | |
| 1416 | Session 4964 | |
| 1417 | Session 4954 | |
| 1418 | Session 5017 | |
| 1419 | Session 5340 | |
| 1420 | Session 5633 | |
| 1421 | Session 5664 | |
| 1422 | Session 5819 | |
| 1423 | Session 6268 | |
| 1424 | Session 6313 | |
| 1425 | Session 6812 | |
| 1426 | Session 6880 | |
| 1427 | Session 6931 | |
| 1428 | Session 6985 | |
| 1429 | Session 7048 | |
| 1430 | Session 7200 | |
| 1431 | Session 7794 | |
| 1432 | Session 7894 | |
| 1433 | Session 7861 | |
| 1434 | Session 7957 | |
| 1435 | Session 8033 | |
| 1436 | Session 8224 | |
| 1437 | Session 8534 | |
| 1438 | Session 9002 | |
| 1439 | SINGER-VOL016-005158 | SINGER-VOL016-005158 |
| 1440 | SINGER-VOL016-005141 | SINGER-VOL016-005142 |

| | | |
|---|---|---|
| 1441 | SINGER-PHONE-000535 | SINGER-PHONE-000535 |
| 1442 | SINGER-PHONE-000536 | SINGER-PHONE-000538 |
| 1443 | Session 10000 | |
| 1444 | Session 10357 | |
| 1445 | Session 10395 | |
| 1446 | SINGER-VOL016-005131 | SINGER-VOL016-005132 |
| 1447 | Session 10611 | |
| 1448 | SINGER-VOL016-005135 | SINGER-VOL016-005136 |
| 1449 | SINGER-VOL016-005139 | SINGER-VOL016-005140 |
| 1450 | SINGER-VOL016-005188 | SINGER-VOL016-005189 |
| 1451 | Session 11348 | |
| 1452 | Session 12208 | |
| 1453 | SINGER-VOL016-005149 | SINGER-VOL016-005150 |
| 1454 | SINGER-VOL016-005156 | SINGER-VOL016-005156 |
| 1455 | Session 12793 | |
| 1456 | Session 12923 | |
| 1457 | Session 12970 | |
| 1458 | Session 13064 | |
| 1459 | Session 13136 | |
| 1460 | Session 13152 | |
| 1461 | Session 13167 | |
| 1462 | Session 13452 | |
| 1463 | SINGER-VOL016-005198 | SINGER-VOL016-005198 |
| 1464 | SINGER-VOL016-005193 | SINGER-VOL016-005193 |
| 1465 | Session 14326 | |
| 1466 | SINGER-VOL016-005207 | SINGER-VOL016-005208 |
| 1467 | SINGER-VOL016-005211 | SINGER-VOL016-005211 |
| 1468 | Session 16676 | |
| 1469 | Session 16760 | |

| | | |
|---|---|---|
| 1470 | SINGER-VOL016-005218 | SINGER-VOL016-005219 |
| 1471 | SINGER-VOL016-005228 | SINGER-VOL016-005229 |
| 1472 | ECF Dkt. 532 | |
| 1473 | SINGER-VOL021-000001 | SINGER-VOL021-056034 |
| 1474 | SINGER-VOL021-012238 | SINGER-VOL021-012298 |
| 1475 | SINGER-VOL016-005285 | SINGER-VOL016-005285 |
| 1476 | SINGER-VOL016-005286 | SINGER-VOL016-005286 |
| 1477 | SINGER-VOL016-005288 | SINGER-VOL016-005288 |
| 1478 | SINGER-VOL016-005298 | SINGER-VOL016-005298 |
| 1479 | SINGER-VOL016-005300 | SINGER-VOL016-005300 |
| 1480 | USAO-VB-0179097 | USAO-VB-01719103 |
| 1481 | Oct. 5, 2018 Singer Extraction iPhone 7; pp. 1-3, 1416-1656 | |
| 1482 | March 11, 2019 Singer Extraction iPhone 7; pp. 1-3, 869-1502 | |
| 1483 | Nov. 7, 2018 Singer Extraction LG Phone; pp. 1-7 | |
| 1484 | 421.amr | |
| 1485 | 536.amr | |
| 1486 | 726.amr | |
| 1487 | Dkt. 1104 | |
| 1488 | Dkt. 1104-3 | |
| 1489 | SINGER-VOL016-000007\UFED ZTE CDMA Z233V Cymbal 2020_03_04 (Extraction Report) | |
| 1490 | Session 2289 | |
| 1491 | Session 3706 | |
| 1492 | Session 7172 | |
| 1493 | Session 2892 | |
| 1494 | Session 7629 | |
| 1495 | Session 8230 | |
| 1496 | Session 8231 | |
| 1497 | Session 8375 | |

| | | |
|---|---|---|
| 1498 | Session 653 | |
| 1499 | Session 4879 | |
| 1500 | Session 6727 | |
| 1501 | Session 4621 | |
| 1502 | Session 3131 | |
| 1503 | Session 5901 | |
| 1504 | Session 6316 | |
| 1505 | Session 7052 | |
| 1506 | Session 4180 | |
| 1507 | Session 3380 | |
| 1508 | Session 2935 | |
| 1509 | Session 3245 | |
| 1510 | Session 7108 | |
| 1511 | Session 584 | |
| 1512 | Session 916 | |
| 1513 | Session 7278 | |
| 1514 | Session 5506 | |
| 1515 | Session 15490 | |
| 1516 | 9163848802 2018-10-01 20-00-13 09350-001.wav | |
| 1517 | Session 9363 | |
| 1518 | Session 8374 | |
| 1519 | Session 4156 | |
| 1520 | Session 2556 | |
| 1521 | Session 3971 | |
| 1522 | Session 2353 | |
| 1523 | Session 7936 | |
| 1524 | Session 4663 | |
| 1525 | Session 2128 | |
| 1526 | Session 4494 | |

| | | |
|---|---|---|
| 1527 | Session 7629 | |
| 1528 | Session 7219 | |
| 1529 | Session 9330 | |
| 1530 | Session 4146 | |
| 1531 | Session 11158 | |
| 1532 | REC_0017166 | |
| 1533 | Text Messages 7667 to 7669 | |
| 1534 | Text Messages 6521 to 6530 | |

Dated: July 16, 2021                                                                                   Respectfully submitted,

/s/ Brian T. Kelly
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren M. Maynard (BBO No. 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109
617-367-3449
sheketoffr@aol.com

*Counsel for Gamal Abdelaziz*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on July 16, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ Joshua C. Sharp
Joshua C. Sharp