UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Elliot M. Weinstein hereby requests leave to withdraw as counsel for Defendant Gamal Abdelaziz in the above-captioned matter. In support of this request, the undersigned states that Mr. Abdelaziz will continue to be represented by Brian Kelly, Joshua Sharp, and Lauren Maynard of Nixon Peabody LLP, and Robert L. Sheketoff.

Dated: August 19, 2021

Respectfully submitted,

*/s/ Elliot M. Weinstein*
Elliot M. Weinstein (BBO# 520400)
83 Atlantic Avenue
Boston, MA 02110
617-367-9334
elliot@eweinsteinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on August 19, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Elliot M. Weinstein*
Elliot M. Weinstein