UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 19-10080-NMG |
| | ) |
| GAMAL ABDELAZIZ *et al.*, | ) |
| | ) |
| Defendants | ) |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF NOTICE AND MOTION REGARDING AUTHENTICATION [DKT. 2099]**

Pursuant to Local Rule 7.1(b)(3), the government respectfully requests leave to file a seven-page reply brief, attached hereto as Exhibit A, in support of its notice and motion regarding authentication. *See* Dkt. 2099. In support of this motion, the government states that on August 17, 2021, the government filed a seven-page motion seeking to pre-authenticate certain evidence to streamline the upcoming trial. On August 27, 2021, defendants filed a fourteen-page opposition, which raised factual and legal arguments concerning, *inter alia*, admissibility and the Confrontation Clause. The government respectfully submits that its proposed reply will assist the Court in resolving those issues.

The government conferred with the defendants regarding this motion, and the defendants assented only on the condition that the government assent to the defendants filing a sur-reply. The government does not believe a sur-reply is necessary to resolve the issues presented in its motion regarding authenticity.

        Respectfully submitted,

        NATHANIEL R. MENDELL
        Acting United States Attorney

By: */s/ Ian J. Stearns*
        JUSTIN D. O'CONNELL
        KRISTEN A. KEARNEY
        LESLIE A. WRIGHT
        STEPHEN E. FRANK
        IAN J. STEARNS
        Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: August 30, 2021              */s/ Ian J. Stearns*
                                    IAN J. STEARNS