Juror Name: _____    Juror Number: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>JUROR QUESTIONNAIRE</u>**

TO THE PROSPECTIVE JUROR:

The information that you provide in this questionnaire will be used by the Court and the parties to select a qualified jury for this case; that is, a jury that can render a verdict fairly and impartially based upon the evidence offered at trial in accordance with the law as instructed by the Judge.  All parties in this trial are entitled to a fair and impartial jury.

It is very important that you answer these questions as fully, honestly, and accurately as you can; you have sworn an oath to do so.  There are no right or wrong answers; only complete and incomplete answers.  Your complete candor and honesty is necessary so that both the prosecution and the defense will have a meaningful opportunity to select an impartial jury.

Please keep the following instructions in mind:

- You are instructed not to discuss this case or this questionnaire with <u>anyone</u>, including your family and fellow jurors.

- If you are unable to answer a question because you do not understand it, please write "Do not understand" in response to that question.  Do not ask anyone, including court personnel, for clarification or assistance.

- If you are unable to answer a question because you do not know the answer, please write "Do not know" in response to that question.

- If you are unable to answer a question because it does not apply to you, please write "N/A" (which stands for "not applicable") in response to that question.

- If you prefer not to answer a question because of the private nature of your response, write "Private" after each question.  At a later date, the court may inquire about the topic privately.

- If you require additional space for your responses, or wish to make further comments regarding any of your answers, please use the Explanation Sheet (on the last page).  Put the number of the question you are answering before you write the response or comment.

- Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of that question pertains to this case.  As you read the questions, you are not to draw any inferences about the issues to be decided in this case.

- After you have completed this questionnaire, you are instructed not to discuss any of the questions or your answers on this questionnaire with anyone, including members of your family, co-workers, or other potential jurors. If anyone approaches you and attempts to discuss any aspect of this questionnaire, the jury selection process, or any aspect of this case, you are not permitted to answer their questions.

At the end of the questionnaire, please sign it, affirming the truth of your answers and the fact that you have given them without assistance.

**PLEASE PRINT LEGIBLY AND USE ONLY DARK INK**

1. Name _____  Juror Number:

2. Age:

   Date of Birth:

   State and City of Birth:

   Gender:

3. Current Address:

   (City)            (State)          (Zip Code)

4. How long have you lived at that location? _____

5. Please list any other communities in which you have lived in the past ten years:

   _____
   _____
   _____

6. Please list your parents' occupations: (If retired/deceased, list most recent occupation)

   Mother:      _____
   Father:      _____
   Stepmother:  _____
   Stepfather:  _____

7. What is the highest level of education you have completed?

   Grade school or less              ___
   Some high school                  ___
   High school diploma or GED        ___
   Technical or business school      ___
   Some college                      ___
   College degree                    ___
   Graduate or Professional degree   ___  (specify):

8. Are you presently a student?
   Yes ____  No ____
   If yes, describe course of study and anticipated date of completion:

9. Please list any jobs you have had in the past ten (10) years, starting with the most recent job and describe what you did at each job:

| Job Title | Employer | Job Duties | Dates worked |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

10. If you are not currently employed outside the home, please check the category below that applies to your employment status:

    \_\_\_\_ Homemaker
    \_\_\_\_ Retired (If retired, what was your primary occupation?): _____
    \_\_\_\_ Unemployed – currently looking for work
    \_\_\_\_ Unemployed – not currently looking for work
    \_\_\_\_ Student
    \_\_\_\_ Disabled
    \_\_\_\_ Other (please explain):

11. Have you ever had management or supervisory responsibility on your job or started or owned your own business?
    Yes \_\_\_\_\_   No \_\_\_\_
    If yes, please explain:


12. Marital status:  Married \_\_\_\_\_   Single \_\_\_\_\_   Separated \_\_\_\_\_
    Divorced _____   Widowed \_\_\_\_\_
    Civil union/domestic partner \_\_\_\_\_

13. Spouse/partner/significant other:
    Name:
    Occupation:
    Employer:

14. Please check the highest level of education your spouse/partner/significant other has completed.  If widowed, divorced or separated, please answer regarding your late or former spouse/partner.

    Grade school or less                     ___
    Some high school                        ___
    High school diploma or GED   ___
    Technical or business school    ___
    Some college                           ___
    College degree                         ___
    Graduate or Professional degree   ___  (specify):

15. Do you have children or grandchildren?  If so, please list the following information for each:

| Gender | Age | Live with you? | Post-high school education (specify degree and school) | Occupation |
|---|---|---|---|---|
| _____ | _____ | Yes / No | _____ | _____ |
| _____ | _____ | Yes / No | _____ | _____ |
| _____ | _____ | Yes / No | _____ | _____ |
| _____ | _____ | Yes / No | _____ | _____ |
| _____ | _____ | Yes / No | _____ | _____ |

16. What newspaper(s), magazine(s), or websites do you read regularly?

17. Please list any internet social networking websites that you use and/or have an account with (MySpace, Facebook, LinkedIn, Twitter, Tumblr, Instagram, or any similar sites):

18. Have you had prior jury trial service?
    Yes _____   No _____

    If your answer is yes, please answer the following:

    Which type of jury service was it?

    Criminal _____   Civil _____   Both _____

    Did the jury reach a verdict in each case above?

    Yes _____   No _____

    Is there anything about your prior jury service that might affect your ability to be fair and impartial in this case?

    Yes _____   No _____
    If yes, please explain:

19. Are you currently taking any medications that might interfere with your ability to concentrate?
    Yes _____   No _____
    If yes, please explain:

20. Is there any reason relating to the COVID-19 pandemic that would make your jury service an undue hardship for you or anyone in your household?
    Yes _____   No _____
    If yes, please explain:

21. Do you have any personal or business affairs that would make it difficult for you to serve as a juror (the trial is expected to last for approximately 4 weeks)?
    Yes _____   No _____
    If yes, please explain:

22. Do you have any personal or family responsibilities (such as caring for a young child or ill or elderly person) that would interfere with your service as a juror?
    Yes _____   No _____
    If yes, please explain:

23. The prosecution has the burden of proving that the defendant is guilty beyond a reasonable doubt. A defendant does not have to prove that he is innocent. Do you disagree in any way with this principle?
    Yes _____   No _____
    If yes, please explain:

24. Have you, a relative, a close friend, and/or anyone you live with ever been employed in law enforcement?
    Yes _____   No _____
    If yes, please identify the law enforcement agency:

25. Have you, a relative, a close friend, and/or anyone you live with ever been employed by the court system?
    Yes _____   No _____
    If yes, please identify the position and location:

26. Have you, a relative, a close friend, and/or anyone you live with ever worked for a United States Attorney's Office, a State or Local Prosecutor's Office, the FBI, or the IRS?
    Yes _____   No _____
    If yes, for each such person, please list in what office the person works or worked, and what your relationship is to that person.

    <u>Office Worked In</u>                <u>Relationship</u>

27. Have you, a relative, a close friend, and/or anyone you live with ever worked for a criminal defense attorney or public defender?
    Yes _____   No _____
    If yes, for each such person, please list in what office the person works or worked, and what your relationship is to that person.

    <u>Office Worked In</u>                <u>Relationship</u>

28. The jurors in this case will be instructed that the testimony of a law enforcement officer is to be treated the same as the testimony of anyone else. Do you have any concerns about your ability to follow this instruction?
    Yes _____   No _____
    If yes, please explain:

29. Have you, a relative, a close friend, and/or anyone you live with ever been the victim of a crime?
    Yes _____   No _____
    If yes, please explain:

30. Have you, a relative, a close friend, and/or anyone you live with ever been a witness to a crime?
    Yes _____   No _____
    If yes, please explain:

31. Have you, a relative, a close friend, and/or anyone you live with ever been arrested for, charged with, or convicted of an offense other than a simple traffic violation?
    Yes _____   No _____
    If yes, what was the crime?

    Was it a felony or misdemeanor?

    What punishment did you (or someone else) receive (including probation)?

32. In this case, defendants are being represented by Brian Kelly, Joshua Sharp, and Lauren Maynard of Nixon Peabody LLP; Michael Kendall, Lauren Papenhausen, and Yan Chu of White & Case LLP; Andrew Tomback of McLaughlin & Stern, LLP; and Robert Sheketoff. Do you know any of these attorneys?
    Yes _____   No _____
    If yes, please describe who you know and how you know them.

33. Do you know any other employees who are associated with the law firms Nixon Peabody LLP, White & Case LLP, or McLaughlin & Stern, LLP?
    Yes _____   No _____
    If yes, please describe who you know and how you know them.

34. In this case, the government is or has been represented by Assistant United States Attorneys Stephen Frank, Justin O'Connell, Leslie Wright, Kristen Kearney, Ian Stearns, and Eric Rosen. Do you know any of these attorneys?
    Yes _____   No _____
    If yes, please describe who you know and how you know them.

35. The defendants in this case are Gamal Abdelaziz of Nevada and John Wilson of Lynnfield, Massachusetts. Do you know either of these individuals?
    Yes _____   No _____
    If yes, please describe who you know and how you know them.

36. Attached to this questionnaire as Attachment A is a list of people who may be involved in this trial. Do you personally know any of those people?
    Yes _____   No _____
    If yes, please describe who you know and how you know them.

37. Do you, a relative, a close friend, and/or anyone you live with have a personal affiliation with the University of Southern California, Harvard University, Stanford University, the College Board, Educational Testing Services, or ACT Inc.?
    Yes _____   No _____
    If yes, please explain:

38. Have you, an immediate family member, a grandchild, and/or anyone you live with:

    a. Played sports in college?
       Yes _____   No _____
       If yes, identify the school and sport:

    b. Worked with or for a college counseling service to help a child prepare for college (e.g., academic planning, extracurricular development, standardized exam preparation, college counseling, etc.)?
       Yes _____   No _____
       If yes, please explain:

    c. Been employed by any college or university?
       Yes _____   No _____
       If yes, identify the school and position:

    d. Made a donation or contribution to a college or university?
       Yes _____   No _____
       If yes, explain, stating the school, amount, and fund or program that received the donation:

    e.  Worked in fundraising for any organization?
       Yes \_\_\_\_\_    No \_\_\_\_\_
       If yes, please explain:

39. This case has been referred to by the media as "Varsity Blues" or the "college admissions" case. Have you read any articles or books, watched any news, read any information in websites or news feeds on the internet, or viewed other media coverage, such as a documentary, related to this case?
    Yes \_\_\_\_\_    No \_\_\_\_\_
    If yes, please list any books you have read or television shows or documentaries you have watched:

    Describe the amount of media coverage you have seen about this case:
    \_\_\_\_ None (have not heard of this case before today)
    \_\_\_\_ A little (basically just heard that it exists)
    \_\_\_\_ A moderate amount (just basic coverage in the news)
    \_\_\_\_ A lot (sought out and read many articles and/or watched accounts on TV or online)

40. Have you ever commented on this case, sometimes referred to as the so-called "college admissions" or "Varsity Blues" case, in a blog post, article, on social media, or any other forum?
    Yes \_\_\_\_\_    No \_\_\_\_\_
    If yes, please explain:

41. Are you aware of any preconceived views or prejudice that you may have against the government or the defendants that would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?
    Yes \_\_\_\_\_    No \_\_\_\_\_
    If yes, please explain:

42. Several witnesses in this case cooperated with the government in the hope of receiving a more lenient sentence. Would that fact make it more difficult for you to fairly and impartially consider their testimony?
    Yes \_\_\_\_\_    No \_\_\_\_
    If yes, please explain:

43. Do you have any opinions about wealthy and/or successful people that would impact your ability to decide this case impartially on the evidence presented and the law as stated by the Court?
    Yes _____   No _____
    If yes, please explain:

44. The defendants in a criminal case have an absolute right not to testify. Would you hold it against the defendants if they did not testify in this case?
    Yes _____   No _____
    If yes, please explain:

45. As a juror, you would be barred from reading or watching media accounts of the trial, consulting external sources, and discussing the case with other people.  The judge may order you to refrain from using social media for the duration of the trial.  Do you have any reservations or concerns about your ability or willingness to abide by these rules?
    Yes _____   No _____
    If yes, please explain:

46. Do you have any religious, ethical, moral or philosophical beliefs that would make it difficult for you to sit in judgment on another person in a court of law?
    Yes _____   No _____
    If yes, please explain:

47. Did you have any problems reading and understanding this questionnaire?
    Yes _____   No _____
    If yes, please explain:

48. Is there any other matter or any information you feel that the judge or attorneys should know about you, not covered by this questionnaire?  Do you have any concerns that have been raised by the experience of filling out this questionnaire that might affect your ability to sit as a juror, or anything else that you feel we should know about?  If so, please explain.

49. Is there anything about your responses to any of the questions in this questionnaire, or anything else in your background, experience, employment, training, education, knowledge, or beliefs that might affect your ability to be a fair and impartial juror?

## **JUROR CERTIFICATION**

I do hereby certify, under the pains and penalties of perjury, that I had no assistance in completing this questionnaire and the answers that I have given in this questionnaire are true and complete to the best of my knowledge and belief.

Signature:_____

Print Name:_____

Date: _____

# ATTACHMENT A

1. Abdelaziz, Gamal
2. Abdelaziz, Sabrina
3. Beaulaurier, Joe
4. Bowen, Jack
5. Bradshaw, Kelsey
6. Brennan, Kirk
7. Brown, Keith
8. Brunold, Timothy
9. Cedrone, Kaitlyn
10. Chassin, Rebecca
11. Checcio, Albert
12. Crawford, Ron
13. Deckett, Mark
14. DeMaio, Jeffrey
15. Felaya, Amal
16. Garcia, Jon
17. Garfio, Alejandro
18. George, Lauren
19. Gonzales, Ray
20. Haden, Patrick C.
21. Hardan, Antonio
22. Heinel, Donna
23. Hernandez, Roman
24. Hubbs, Daniel
25. Hughes, Aaricka
26. Isackson, Bruce
27. Isackson, Davina
28. Jacobson, Scott
29. Janke, Laura
30. Keating, Elizabeth
31. Loftus, Brendan
32. Lopes, Steven
33. Mandel, Mark
34. Masera, Steven
35. McKay, John Jr.
36. Mericle, Andrew
37. Moon, Casey
38. Nahmens, James
39. Orr, Ronald
40. Pintaric, Marko
41. Ranahan, Colleen
42. Reisman, Alexandra (Bitterlin)
43. Rogers, Debbie
44. Rosselli, David
45. Sanford, Mikaela
46. Schuette, Kurt
47. Sencabaugh, Alison
48. Simon, Scott
49. Singer, William "Rick"
50. Smith, Laura
51. Speier, Rick
52. Tierney, William
53. Tiss, David
54. Velakacharla, Nitya
55. Verronneau, Steven
56. Wandzilak, Scott
57. White, Paul
58. Whittam, Lauren
59. Wilson, Courtney
60. Wilson, John B.
61. Wilson, John B. Jr.
62. Wilson, Leslie
63. Wilson, Mary
64. Woodbridge, Jessica
65. Zambri, Christopher