# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

GREGORY COLBURN, et al.,

Defendants.

Cr. No. 19-10080-NMG

### GAMAL ABDELAZIZ'S SUPPLEMENTAL PROPOSED EXHIBIT LIST

Defendant Gamal Abdelaziz respectfully submits the following supplemental list of potential exhibits for trial. Mr. Abdelaziz reserves the right to further supplement this list and to use additional documents, including but not limited to for impeachment or cross-examination purposes, not identified here. Mr. Abdelaziz further reserves the right use as an exhibit any exhibit identified by any other defendant or by the government in their exhibit lists.

| Exhibit No. | Bates Start | Bates Stop |
|---|---|---|
| 1535 | GA-0009503 | GA-0009503 |
| 1536 | GA-0009504 | GA-0009516 |
| 1537 | GA-0009517 | GA-0009525 |
| 1538 | GA-0009526 | GA-0009538 |
| 1539 | March 13, 2020 Discovery Letter from USAO | |
| 1540 | USAO-VB-00342567 | USAO-VB-00342567 |
| 1541 | USAO-VB-00342574 | USAO-VB-00342574 |
| 1542 | USAO-VB-01719163 | USAO-VB-01719167 |
| 1543 | USAO-VB-01719168 | USAO-VB-01719173 |
| 1544 | USAO-VB-01719174 | USAO-VB-01719203 |
| 1545 | SINGER-VOL031-000002 | SINGER-VOL031-000013 |
| 1546 | USAO-VB-01719228 | USAO-VB-01719272 |
| 1547 | VB-RECORDS-00124212 | VB-RECORDS-00124214 |
| 1548 | VB-RECORDS-00727867 | VB-RECORDS-00727869 |
| 1549 | VB-RECORDS-00727734 | VB-RECORDS-00727742 |
| 1550 | GA-0008910 | GA-0008942 |
| 1551 | GA-0008943 | GA-0008975 |

| 1552 | DOJ-SINGER-TIII-00004687 | DOJ-SINGER-TIII-00004687 |
|------|--------------------------|--------------------------|
| 1553 | SINGER-LAPTOP-00343288 | SINGER-LAPTOP-00343292 |
| 1554 | USAO-VB-00303123 | USAO-VB-00303131 |
| 1555 | USAO-VB-00447126 | USAO-VB-00447130 |
| 1556 | VB-RECORDS-00340228 | VB-RECORDS-00340228 |
| 1557 | VB-RECORDS-00340261 | VB-RECORDS-00340265 |
| 1558 | VB-RECORDS-00403566 | VB-RECORDS-00403607 |
| 1559 | USAO-VB-01720150 | USAO-VB-01720152 |
| 1560 | VB-RECORDS-00622253 | VB-RECORDS-00622254 |
| 1561 | VB-RECORDS-00630311 | VB-RECORDS-00630311 |
| 1562 | VB-RECORDS-00615253 | VB-RECORDS-00615258 |
| 1563 | Dkt. 1104 at ECF pp. 1, 8, 11-12 | |
| 1564 | VB-RECORDS-00467792 | VB-RECORDS-00467792 |
| 1565 | VB-RECORDS-00124727 | VB-RECORDS-00124729 |
| 1566 | GA-0009539 | GA-0009539 |
| 1567 | GA-0009540 | GA-0009540 |

   Additionally, Mr. Abdelaziz submits the following list of exhibits to be removed from his exhibit list submitted on July 16, 2021.

| Exhibit No. | Bates Start | Bates Stop |
|-------------|-------------|------------|
| 1350 | GA-0007524 | GA-0007526 |

Dated: September 6, 2021                          Respectfully submitted,

                                                  /s/ Brian T. Kelly
                                                  Brian T. Kelly (BBO No. 549566)
                                                  Joshua C. Sharp (BBO No. 681439)
                                                  Lauren M. Maynard (BBO No. 698742)
                                                  NIXON PEABODY LLP
                                                  53 State Street
                                                  Boston, MA 02109
                                                  617-345-1000
                                                  bkelly@nixonpeabody.com
                                                  jsharp@nixonpeabody.com
                                                  lmaynard@nixonpeabody.com

                                                  Robert Sheketoff (BBO No. 457340)
                                                  One McKinley Square
                                                  Boston, MA 02109
                                                  617-367-3449
                                                  sheketoffr@aol.com

*Counsel for Gamal Abdelaziz*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on September 6, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian T. Kelly*

Brian T. Kelly