UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 19-10080-NMG |
| | ) | |
| GAMAL ABDELAZIZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION
FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 7.2, the government respectfully moves, with the assent of the defendants, for leave to file under seal a renewed motion to strike a potential juror. The motion references the potential juror's criminal history, and appends his criminal history report.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Stephen E. Frank*
    KRISTEN A. KEARNEY
    LESLIE A. WRIGHT
    STEPHEN E. FRANK
    IAN J. STEARNS
    Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Stephen E. Frank*
STEPHEN E. FRANK
Assistant United States Attorney