UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

### *AMENDED*

### MOTION FOR COURT INSTRUCTION ON OPENING STATEMENT

In yesterday's opening statement for Defendant Abdelaziz, the undersigned introduced a demonstrative and stated that it showed a "text exchange between two admissions officers regarding Sabrina, Gamal's daughter."  The government then objected and stated—in the presence of the jury—"he's misstating what it is." ***Overnight, after the original version of this motion was filed, a full transcript of the proceedings was produced by the reporter.  That transcript shows that the undersigned then stated, "This is a chat between two admissions people at USC pertaining directly to Sabrina Abdelaziz."  The government then stated – in the presence of the jury—"it is not, your honor."  See attached transcript excerpt.***

 Later, outside the presence of the jury, the government stated:

> With respect to that last exhibit, your Honor, Mr. Kelly specifically represented to the jury repeatedly that that was an exchange between two admissions department officials. That is not true. Neither of those individuals works in the admissions department. They are low ranking assistants in the athletics department. They have nothing to do with admissions. That was simply a false statement that was planted in the jury's mind. We think it's entirely inappropriate. We think Mr. Kelly should instruct the jury himself that what he said was untrue, that they don't work in the admissions department.

Upon learning that the two parties to the communication introduced by the undersigned were—in fact—admissions officers, the government later withdrew the objection at sidebar.  Although it was inappropriate to wrongly suggest to the Court that the undersigned made "a false statement that was planted in the jury's mind," counsel understands that the government simply made an error that it has now corrected.

However, there is still the matter of the government stating in the presence of the jury that the undersigned was "misstating what it is" **and, in reference to the undersigned explaining that it was a chat between two admissions officers regarding Sabrina Abdelaziz, stating, "it is not, your honor."**  An allegation during opening statements by an Assistant United States Attorney that a defense attorney is "misstating" something can have an important impact on the jury's consideration of the defense attorney's credibility.  And counsel's credibility is of utmost importance to Defendant Abdelaziz's ability to mount his defense.  Because the government has (admittedly) wrongly impugned counsel's credibility, Defendant Abdelaziz respectfully requests that the Court inform the jury that the government's objection during the opening statement has been withdrawn **and that the chat is, in fact, what the undersigned introduced it as—as chat between two admissions officers about Sabrina Abdelaziz.**

Dated: September 14, 2021

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren M. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000

bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on September 14 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*

```
 1    athletics department and that so-called SUBCO, they have their

 2    feeder schools, feeder schools like -- some high schools are

 3    good at football.  So a lot of kids go to play football at the

 4    school.  Around here, St. Sebastian's, boys hockey, a lot of

 5    boys go for hockey, or girls lacrosse, Westwood High School.  A

 6    lot of girl lacrosse players go to Westwood.  But the Hong Kong

 7    International School was not a feeder school for sports.  It

 8    was a feeder school for academics.  Anyone reviewing her

 9    application is going to know she's not a superstar.

10          In fact, you'll hear evidence that a member of that

11    SUBCO visited her school.  They know her school.  No one ever

12    said anything to USC about a superstar in basketball named

13    Sabrina.  In fact, you'll hear a little -- you'll see a little

14    text exchange between two admissions officers regarding

15    Sabrina, Gamal's daughter.  Let me see that one.

16          So this is --

17          MR. FRANK:  Your Honor, I apologize.  I have to

18    object.

19          MR. KELLY:  It's about his daughter, your Honor.

20          MR. FRANK:  I apologize, your Honor, but this is --

21    he's misstating what this is.

22          MR. KELLY:  This is a chat between two admissions

23    people at USC pertaining directly to Sabrina Abdelaziz.

24          MR. FRANK:  It is not, your Honor.

25          THE COURT:  I'm not going to exclude it now, but I
```