Sealed

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG<br><br>[Response to Sealed Filing] |

**RESPONSE TO OBJECTING STUDENTS' SUPPLEMENTAL MEMORANDUM**

Defendants Gamal Abdelaziz and John Wilson oppose the relief sought by the Objecting Students' Supplemental Memorandum.  The Court denied the Objecting Students' Motion to Intervene in this case.  Therefore, the filing is improper and should be stricken.  The Court has set forth a more-than-adequate protective order in this matter, and nothing more is required to maintain the privacy interests of third parties.

Dated: September 13, 2021

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

*/s/ Joshua C. Sharp*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren a. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Sealed

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449


JOHN WILSON

By his attorneys,

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
Lauren M. Papenhausen (BBO # 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
(617) 979-9300
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

Andrew E. Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100
atomback@mclaughlinstern.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed by sending the deputy clerk an email on September 13, 2021 and that the sealed filing was thereafter served on counsel for the Objecting Students and the United States.

*/s/ Joshua C. Sharp*
Joshua C. Sharp