UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN, et al.,<br><br>Defendants. | Cr. No. 19-10080-NMG |

## DEFENDANT GAMAL ABDELAZIZ'S MOTION TO EXCLUDE YEARBOOKS

Defendant Gamal Abdelaziz moves to exclude Exhibits 702 to 705, which are Hong Kong International School ("HKIS") yearbooks. The government is expected to use these yearbooks with Rachel Sih (who is scheduled to testify Friday, September 17) to show that Sabrina Abdelaziz did not play basketball her junior and senior years. Because the government seeks to introduce the yearbooks for the truth of the matter contained therein—i.e., that Ms. Abdelaziz was not on the basketball team during certain years— the yearbooks constitute inadmissible hearsay under Fed. R. Evid. 801 and 802. The yearbooks do not fall within any exception to the rule against hearsay.

Dated: September 16, 2021

Respectfully submitted,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren M. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

1

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

*Counsel for Gamal Abdelaziz*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was filed electronically on September 16, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*
Joshua C. Sharp