# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>GAMAL ABDELAZIZ, et al,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19cr10080-NMG-4; 9cr10080-NMG-17 |

## NOTICE OF APPERANCE

Please enter my appearance as counsel on behalf of non-party Ron Crawford in the above-captioned matter.

Dated: September 20, 2021

                                          Respectfully submitted,

                                          _/s/_ Kristyn DeFilipp

                                          Kristyn DeFilipp
                                          Foley Hoag LLP
                                          Seaport World Trade Center West
                                          155 Seaport Boulevard
                                          Boston, MA 02210
                                          617-832-1000
                                          KBunceDeFilipp@foleyhoag.com

                                          */s/ Laura D. Gradel*

                                          Foley Hoag LLP
                                          Seaport World Trade Center West
                                          155 Seaport Boulevard
                                          Boston, MA 02210
                                          617-832-1000
                                          lgradel@foleyhoag.com

                                          *Counsel for Ron Crawford*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on September 20, 2021.

                                            /s/ Laura D. Gradel