UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN, et al.,<br><br>Defendants. | Cr. No. 19-10080-NMG |

### DEFENDANT GAMAL ABDELAZIZ'S MOTION TO INTRODUCE EXHIBIT

Defendant Gamal Abdelaziz respectfully moves this Court to admit Exhibit 1288, which is a communication between two admissions officers, Kelsey Bradshaw and Alexander Alvendia-Wienkers *about* Sabrina Abdelaziz's admission to USC.  The government has objected to the introduction of this exhibit but the objection is meritless. The Court is inviting the government to commit reversible error by not permitting this document to be entered in evidence.

The document is *authentic* because the government and the Defendants have stipulated that emails between USC personnel are authentic.  Dkt. 2163.  There is proper foundation with Ms. Chassin because she was the supervisors of these admissions officers.  Ms. Chassin does not need personal knowledge of this document for the undersigned to enter the document in evidence.

The document is *relevant because it is <u>about Sabrina Abdelaziz' s admission to USC.</u>*

Finally, the document is most certainly **not hearsay** and it is reversible error to exclude the document on that grounds.  The document is not offered for the truth of the matter asserted; **it is offered for the state of mind of USC's Department of Admission, which the government has repeatedly stated is the victim of the Defendants' alleged conspiracy.**  The truth of the

matter asserted in the communication is that Ms. Abdelaziz is an actual athlete—that is most certainly *not the purpose of its admission*.

Dated: September 21, 2021

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren a. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on September 21, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*
Joshua C. Sharp