**Message**

**From:** Alexander Alvendia [alvendia@usc.edu]
**Sent:** 3/27/2018 03:51:07 PM
**To:** Alexander Alvendia [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ab3c15205814a29a71fe4e7cd2ba5fd-schm4ts9]; Kelsey Bradshaw [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=974c54fc7e634a598d11547c715b0146-schk3bk9]
**Subject:** Conversation with Alexander Alvendia

Alexander Alvendia 8:38 AM:
   3208-3732-29       Name Abdelaziz, Sabrina

Kelsey Bradshaw 8:38 AM:
   athlete

Alexander Alvendia 8:38 AM:
   Yea what's her deal?

Kelsey Bradshaw 8:38 AM:
   she's admitted

Alexander Alvendia 8:38 AM:
   Do you have an background?

Kelsey Bradshaw 8:38 AM:
   haha

Alexander Alvendia 8:38 AM:
   lol

   Is she *actually* a bball player??

Kelsey Bradshaw 8:39 AM:
   shes supposedly the best bball player in the asian international school league?

Alexander Alvendia 8:39 AM:
   Ha ok good to know

Kelsey Bradshaw 8:39 AM:
   lol

Alexander Alvendia 8:39 AM:
   Thanks!

Kelsey Bradshaw 8:39 AM:
   but yes, it appears she actually plays the sport!

Alexander Alvendia 8:43 AM:
   HA

Kelsey Bradshaw 8:43 AM:
   that has been a problem this year

Alexander Alvendia 8:43 AM:
   Good to know, the counselor reached out and was like um.... What's up with this admit

Kelsey Bradshaw 8:43 AM:
   LOL

Alexander Alvendia 8:43 AM:

This school sends us like 60

and she's near the bottom

This is a top feeder for us abroad

so I was like um....... Athlete???

I hope this isn't a surprise!

Kelsey Bradshaw 8:44 AM:
lol, ooohhhh athletes...

Alexander Alvendia 8:44 AM:
right?

keep doing the lord's work, kelsey

Kelsey Bradshaw 8:45 AM:
(headbang)

FOIA Confidential Treatment Requested

USC-00010389

VB-RECORDS-00710002