# EXHIBIT C

# VAUGHN LAW OFFICES

David Vaughn
(213) 973-9175
DavidVaughn@VaughnLawOffices.com

<u>VIA EMAIL ONLY</u>

September 27, 2021

Stephen Frank
Assistant United States Attorney
United States Attorney's Office | District of Massachusetts
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Michael Kendall
White & Case LLP
75 State Street
Boston, MA 02109-1814

Brian T. Kelly
Nixon Peabody LLP
53 State Street
Boston, MA 02109

RE:  Alex Garfio

Dear AUSA Frank and Messrs. Kendall and Kelly,

Please be informed that Alex Garfio will assert his Fifth Amendment privilege if he is called to testify in *United States of America v. Gamal Abdelaziz, et al.,* Criminal No.: 19-10080-NMG.

Very truly yours,

*David Vaughn*

David P. Vaughn
Attorney at Law

cc: Glenn MacKinlay