IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 1:19-cr-10080-NMG |
| vs. | : | |
| GAMAL ABDELAZIZ *et al.*, | : | |
| Defendants. | : | |

### NOTICE OF APPEARANCE OF COUNSEL FOR STEVEN MASERA

Philip Y. Kouyoumdjian respectfully requests that the Court enter his appearance as local counsel for Steven Masera, for the limited purpose of opposing the Motion for Hearing on Invocation of Fifth Amendment Right filed by counsel for defendants Gamal Abdelaziz and John Wilson in the above-captioned matter.

Respectfully submitted,
**Taft Stettinius & Hollister LLP**

**/s/ Philip Y. Kouyoumdjian**
PHILIP Y. KOUYOUMDJIAN
Massachusetts Bar No. 633443
14 Penn Plaza
225 West 34th Street, Suite 2102
New York, NY 10122
P: (917) 534-7180
F: (312) 966-8555
pkouyoumdjian@taftlaw.com

Local Counsel for Steven Masera

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Massachusetts using the CM/ECF system on September 28, 2021, which will send notification of such filings by electronic means to all registered participants as identified on the Notice of Electronic filing.

**/s/ Philip Y. Kouyoumdjian**
PHILIP Y. KOUYOUMDJIAN