IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 1:19-cr-10080-NMG |
| vs. | : | |
| GAMAL ABDELAZIZ *et al.*, | : | |
| Defendants. | : | |

### CERTIFICATION OF DAVID H. THOMAS

I, David H. Thomas, hereby certify as follows:

1.　　I am an attorney at law, duly authorized to practice law in the State of Ohio.

2.　　I have been admitted as a member of the following Bars: Supreme Court of the United States, Supreme Court of Ohio, Supreme Court of Minnesota[1], Sixth Circuit Court of Appeals, United States District Court for the Northern District of Ohio, United States District Court for the Southern District of Ohio, and United States District Court for the Western District of Michigan.

3.　　I am in good standing in every jurisdiction in which I have been admitted to practice.

4.　　I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5.　　I have not previously had a *pro hac vice* admission to this Court or other admission for a limited purpose under L.R. 83.5.3 revoked for misconduct.

---

[1] I am currently an inactive member of this Bar.

6.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER PENALTY OF PERJURY THIS 28TH DAY OF SEPTEMBER 2021.

/s/ **David H. Thomas**
DAVID H. THOMAS