UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN, et al.,<br><br>Defendants. | No. 19-CR-10080-NMG |

**DEFENDANTS' RENEWED MOTION FOR JUDGMENT OF ACQUITTAL**

For the reasons set forth at Dkt. 2330 and Dkt. 2342, which are incorporated herein by reference, as well as because the entirety of the evidence presented requires acquittal, Defendants Gamal Abdelaziz and John Wilson renew their Motion for Judgment of Acquittal under Rule 29 of the Federal Rules of Criminal Procedure.

Dated: October 4, 2021

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

/s/ *Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren A. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA  02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA  02109
(617) 367-3449
Robert Sheketoff (BBO # 457340)

1

One McKinley Square
Boston, MA 02109
617-367-3449

JOHN WILSON

By his attorneys,

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
Lauren M. Papenhausen (BBO # 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
(617) 979-9300
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

Andrew E. Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100
atomback@mclaughlinstern.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on October 4, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*
Joshua C. Sharp