**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

GREGORY COLBURN, et al.,

     Defendants.

Cr. No. 19-10080-NMG

## DEFENDANTS' PROPOSED ALTERNATE VERDICT FORM

Defendants respectfully object to the Verdict Form as drafted with respect to Count One because they believe it could confuse the jury. Defendants propose the following modification to the verdict form with respect to Count One:

WE, THE JURY, UNANIMOUSLY FIND:

1. The defendant under consideration on the charge of conspiracy to commit mail and wire fraud and honest services mail and wire fraud (Count <u>One</u>):

|  | NOT GUILTY | GUILTY |
|---|---|---|
| Gamal Abdelaziz | _____ | _____ |
| John Wilson | _____ | _____ |

If you find either of the defendants guilty on Count One, check each of the following upon which you based your verdict for each defendant whom you found guilty:

   a.  Conspiracy to Commit Mail Fraud

       Gamal Abdelaziz     _____

       John Wilson     _____

   b.  Conspiracy to Commit Wire Fraud

       Gamal Abdelaziz     _____

John Wilson                    _____

   c.   Conspiracy to Commit Honest Services Mail Fraud

Gamal Abdelaziz                _____

John Wilson                    _____

   d.   Conspiracy to Commit Honest Services Wire Fraud

Gamal Abdelaziz                _____

John Wilson                    _____

Dated: October 6, 2021            Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren A. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

JOHN WILSON

By his attorneys,

*/s/ Michael Kendall*

Michael Kendall (BBO # 544866)
Lauren M. Papenhausen (BBO # 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
(617) 979-9300
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

Andrew E. Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100
atomback@mclaughlinstern.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on October 6, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ Brian T. Kelly
Brian T. Kelly