CIVIL/CRIMINAL CASE NO: 19CR10080-NMG

TITLE: USA                          vs. Abdelaziz, et al

## JURY PANEL

01. Christopher Bobek
02. Marina Lacorazza
03. Jessica Willis
04. Robert Heffernan
05. John Marshall
06. Hector Diaz
07. Meghan Dodd
08. Dorothy Roberts
09. Bryant Ayles
10. Lucas Ratliff
11. Roger Ross
12. Veronica Pierce
ALT. #1
ALT. #2 (13) Allison Burke
ALT. #3
ALT. #4 (14) Monica Reyes
15. Mark Callahan

## WITNESSES

### PLAINTIFF/GOVT.

01. Bruce Isackson        9/13/21, 9/14
02. Keith Brown           9/14, 9/15, 9/17
03. Rachel Sih            9/17
04. Mikaela Sanford       9/20/21
05. Rebecca Chassin       9/20/21, 9/21
06. Elizabeth Keating     9/21, 9/23, 9/24
07. Aaricka Hughes        9/24/21
08. Laura Janke           9/27/21
09. James Nahmens         9/27/21
10. Jeffrey DeMaio        9/27/21, 9/28
11. Casey Moon            9/29/21
12. Mark Deckett          9/29/21
13. Lauren George         9/29/21
14. Colleen Ranahan       9/29/21

### DEFENDANT

01. Andrew Mericle        10/1/21
02. Steven Lopes          10/1/21 - Zoom
03. Ronald Orr            10/1/21 - Zoom
04. Steven Massera        10/1/21
05. James Walker          10/4/21
06. John Bowen            10/4/21
07.
08.
09.
10.
11.
12.
13.
14.

(Jury&Witness List.wpd - 12/98)