UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAMAL ABDELAZIZ, et al.,<br><br>Defendants. | Cr. No. 19-10080-NMG |

**DEFENDANT'S ASSENTED TO MOTION TO RESCHEDULE SENTENCING**

Defendant Gamal Abdelaziz is currently scheduled to be sentenced on February 16, 2022. Defendant Abdelaziz respectfully requests that the Court reschedule Mr. Abdelaziz's sentencing date to February 9, 2022. Undersigned counsel (Kelly) has a travel conflict on February 16, 2022 that he unfortunately failed to note at the time of the guilty verdict when the original sentencing date was scheduled.

Counsel for Mr. Abdelaziz has conferred with the government with respect to this motion. The government assents to the motion provided that the probation office still has sufficient time to prepare a presentence report. Undersigned counsel (Kelly) has conferred with the U.S. Probation Officer assigned to this matter (Ms. Martha Victoria) and she has advised that a February 9, 2022 sentencing date does not pose any timing or logistical problem for her to prepare the Presentence Report.

Dated: October 13, 2021

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren A. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that I conferred with counsel for the government regarding this motion and that the government has assented.

*/s/ Brian T. Kelly*
Brian T. Kelly

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on October 13, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian T. Kelly*
Brian T. Kelly