```
                    United States District Court
                      District of Massachusetts
_____
                                   )
United States of America,          )
                                   )
            v.                     )    Criminal Action No.
                                   )    19-10080-NMG
Gamal Abdelaziz,                   )
                                   )
            Defendant.             )
                                   )
_____)
```

## MEMORANDUM & ORDER

GORTON, J.

Defendant Gamal Abdelaziz ("Abdelaziz" or "defendant") has moved for leave to file exhibits to his sentencing memorandum partially under seal (Docket No. 2512). He asserts that the exhibits, which are letters to the court written by family members and friends, require redaction because they contain "confidential personal contact information". The government has assented to the motion.

There is a presumptive right of public access to letters submitted to the Court on the defendant's behalf. United States v. Kravetz, 706 F.3d 47, 57 (1st Cir. 2013). While the right "is vibrant, it is not unfettered", and it may be limited by countervailing interests such as the privacy rights of third parties. Id. at 59, 62.

Here, the privacy interests of family members and friends in their personal contact information override the presumption in favor of public access. Contact information has "no direct bearing upon the public's assessment of the sentences imposed" and, accordingly, redaction will not inhibit the interest of public access to documents which the Court has considered in imposing the sentence. Id. at 62, see United States v. Johnson, No. 16-457-1, 2018 U.S. Dist. LEXIS 56853 at *5-6 (E.D.N.Y. Apr. 2, 2018).

## ORDER

For the foregoing reasons, defendant's motion to file sentencing memorandum exhibits partially under seal (Docket No. 2512) is **ALLOWED**.

**So ordered.**

　　　　　　　　　　　　　　　　_/s/ Nathaniel M. Gorton_
　　　　　　　　　　　　　　　　Nathaniel M. Gorton
　　　　　　　　　　　　　　　　United States District Judge

Dated: February 3, 2022