UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAMAL ABDELAZIZ, et al.<br><br>Defendants. | Cr. No. 19-10080-NMG |

## MOTION FOR JUDICIAL RECOMMENDATION TO BUREAU OF PRISONS

Defendant Gamal Abdelaziz respectfully requests that this Court recommend to the Bureau of Prisons ("BOP") that he be designated to the Satellite Prison Camp ("SCP") at USP, Atwater, California. There are no BOP facilities in Mr. Abdelaziz's home state of Nevada. However, Mr. Abdelaziz has a brother and several cousins who live outside of San Francisco, CA. Mr. Abdelaziz requests designation to the Atwater facility because it is within relatively close proximity to these family members. Thus, Mr. Abdelaziz respectfully requests a judicial recommendation to be designated to the Atwater CA facility.

Undersigned counsel has conferred with government counsel on this motion and they do not oppose it and take no position on this request.

Dated: February 17, 2022

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

/s/ *Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren A. Maynard (BBO # 698742)
NIXON PEABODY LLP

53 State Street
Boston, MA  02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA  02109
(617) 367-3449
Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that I conferred with counsel for the government regarding this motion and that the government does not oppose and takes no position.

/s/ Brian T. Kelly
Brian T. Kelly

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on February 17, 2022, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ Brian T. Kelly
Brian T. Kelly