# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAMAL ABDELAZIZ, et al.<br><br>Defendants. | Cr. No. 19-10080-NMG |

## NOTICE OF APPEAL

Defendant Gamal Abdelaziz hereby appeals the final judgment entered by this Court on February 16, 2022 (and amended on February 23, 2022) (ECF 2532 and 2539) to the United States Court of Appeals for the First Circuit.

Dated: February 23, 2022

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

/s/ *Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren A. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
(617) 367-3449
Robert Sheketoff (BBO # 457340)
One McKinley Square

Boston, MA 02109
617-367-3449

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed electronically on February 23, 2022, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                                    */s/ Brian T. Kelly*
                                                  Brian T. Kelly