UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAMAL ABDELAZIZ, et al.<br><br>Defendants. | Cr. No. 19-10080-NMG |

## MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL

Defendant Gamal Abdelaziz respectfully requests leave to file his Motion for Bail Pending Appeal partially under seal. Mr. Abdelaziz's motion quotes portions of sealed hearing transcripts. Mr. Abdelaziz will file a copy of his motion on the public docket in which the quoted portions of those sealed transcripts are redacted. He will submit a complete, unredacted copy of the motion to the government and to the Court for filing under seal. The government assents to this motion.

WHEREFORE, Mr. Abdelaziz respectfully requests that the Court allow him leave to file his Motion for Bail Pending Appeal partially under seal.

Dated: March 18, 2022

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

/s/ Brian T. Kelly
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren A. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109

*Motion allowed.* /s/ NMGorton, USDJ 03/18/2022