UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:19-CR-10080-004-NMG |
| ) | |
| GAMAL ABDELAZIZ ) | |
|     Defendant. ) | |

**SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Gamal Abdelaziz, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

RACHAEL S. ROLLINS
United States Attorney

By:    /s/ Carol E. Head
        CAROL E. HEAD
        Assistant United States Attorney
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
        carol.head@usdoj.gov

Date: May 9, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2023, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to Gamal Abdelaziz located in Las Vegas, Nevada.

        /s/ Carol E. Head
        CAROL E. HEAD
        Assistant United States Attorney