# United States Court of Appeals
## For the First Circuit

No. 22-1129

UNITED STATES,

Appellee,

v.

GAMAL ABDELAZIZ,

Defendant, Appellant.

**JUDGMENT**

Entered: May 10, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Gamal Abdelaziz's convictions are vacated, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day.

By the Court:

Maria R. Hamilton, Clerk

cc:  Hon. Nathaniel M. Gorton, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Timothy Jeffrey Perla, Bruce M. Berman, George P. Varghese, Brian T. Kelly, Robert L. Sheketoff, Joshua Charles Honig Sharp, Lauren Maynard, Carol Elisabeth Head, Donald Campbell Lockhart, Kristen A. Kearney, Stephen Emanuel Frank, Justin David O'Connell, Alexia R. De Vincentis, Raquelle L. Kaye, Leslie Wright, Ian J. Stearns, William H. Kettlewell, Anthony E. Fuller, Debra Wong Yang, Andrew Neil Hartzell, William J. Lovett, Glenn A. MacKinlay, Mark David Smith, Payal Salsburg, Jeremy Michael Sternberg, Gordon P. Katz, Laura Diss Gradel, Jonathan M. Albano