UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| United States | ) | Criminal Action No 19-10080-NMG |
| v | ) | |
| Gamal Abdelaziz, | ) | |
| John Wilson, Defendants | ) | |

## MOTION FOR LEAVE TO FILE *SUPPLEMENT* TO AMICUS BRIEF

Amicus:     Friedrich Lu, pro se
Date:         May 26, 2023
Email address: chi2flu@gmail.com
Address:     % St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112
**Certificate of service**: Counsel of all parties are registered users of CM/ECF.