# United States Court of Appeals
## For the First Circuit

No. 22-1129

UNITED STATES,

Appellee,

v.

GAMAL ABDELAZIZ,

Defendant - Appellant.

**MANDATE**

Entered: June 15, 2023

In accordance with the judgment of May 10, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jonathan M. Albano, Bruce M. Berman, Alexia R. De Vincentis, Stephen Emanuel Frank, Anthony E. Fuller, Laura Diss Gradel, Andrew Neil Hartzell, Carol Elisabeth Head, Gordon P. Katz, Raquelle L. Kaye, Kristen A. Kearney, Brian T. Kelly, William H. Kettlewell, Donald Campbell Lockhart, William J. Lovett, Glenn A. MacKinlay, Lauren Maynard, Justin David O'Connell, Timothy Jeffrey Perla, Payal Salsburg, Joshua Charles Honig Sharp, Robert L. Sheketoff, Mark David Smith, Ian J. Stearns, Jeremy Michael Sternberg, George P. Varghese, Leslie Wright, Debra Wong Yang